# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>v.<br><br>DLJ MORTGAGE CAPITAL, INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE SECURITIES (USA) LLC; ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; and THOMAS ZINGALLI,<br><br>                              Defendants. | Civil Action No. 11-cv-30047-MAP |

## NOTICE OF APPEARANCE

Please enter the appearances of Jonathan Sablone and Matthew T. McLaughlin, of Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts  02110, as attorneys representing Defendants DLJ Mortgage Capital, Inc., Credit Suisse First Boston Mortgage Securities Corp. and Credit Suisse Securities (USA) LLC  in the above-captioned action.

Dated:  March 22, 2011

                                                Respectfully Submitted,

                                                 /s/ Matthew T. McLaughlin
                                                Jonathan Sablone (BBO No. 632998)
                                                Matthew T. McLaughlin (BBO No. 660878)
                                                NIXON PEABODY LLP
                                                100 Summer Street
                                                Boston, Massachusetts  02110
                                                Tel:  (617) 345-1000
                                                Fax:  (617) 345-1300
                                                jsablone@nixonpeabody.com
                                                mmclaughlin@nixonpeabody.com

13398652.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed electronically with the Court through the Electronic Case Files system on March 22, 2011, will be sent electronically to registered counsel of record as identified on the Notice of Electronic Filing ("NEF").

                                                  /s/ Matthew T. McLaughlin
                                                      Matthew T. McLaughlin