UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>    v.<br><br>DLJ MORTGAGE CAPITAL, INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE SECURITIES (USA) LLC; ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; and THOMAS ZINGALLI,<br><br>         Defendants. | Civil Action No. 11-cv-30047-MAP |

### *ASSENTED TO* REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants DLJ Mortgage Capital, Inc., Credit Suisse First Boston Mortgage Securities Corp. and Credit Suisse Securities (USA) LLC (collectively, the "Credit Suisse Defendants") hereby request that the Court approve an extension of time until April 29, 2011, for the Credit Suisse Defendants to answer or otherwise respond to the Complaint filed by Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual"). In support of this request, the Credit Suisse Defendants state as follows:

    1.  MassMutual filed its Complaint with the Court on February 25, 2011.

    2.  The Complaint was served on the Credit Suisse Defendants on March 1, 2011.

    3.  The 73-page Complaint contains numerous allegations and raises complex factual and legal issues regarding the alleged offer and sale of certain residential mortgage-backed securities to MassMutual.

4. Additional time is needed by counsel for the Credit Suisse Defendants to assess the allegations set forth in the Complaint before answering or otherwise responding to the Complaint.

5. Counsel for MassMutual has authorized us to represent that MassMutual consents to the requested extension.

Accordingly, the Credit Suisse Defendants respectfully request that the time to answer or otherwise respond to the Complaint be extended to April 29, 2011.

## LOCAL RULE 7.1 CERTIFICATION

I, Matthew McLaughlin, certify that I have conferred with counsel for Plaintiff, who assents to this motion.

Dated:  March 22, 2011

Respectfully submitted,

 /s/ Matthew T. McLaughlin
Jonathan Sablone (BBO No. 632998)
Matthew T. McLaughlin (BBO No. 660878)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts  02110
Tel:  (617) 345-1000
Fax:  (617) 345-1300
jsablone@nixonpeabody.com
mmclaughlin@nixonpeabody.com

IT IS SO ORDERED

_____  _____
HONORABLE MICHAEL A. PONSOR
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed electronically with the Court through the Electronic Case Files system on March 22, 2011, will be sent electronically to registered counsel of record as identified on the Notice of Electronic Filing ("NEF").

/s/ Matthew T. McLaughlin
Matthew T. McLaughlin
...