UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

                          Plaintiff,

        v.

DLJ MORTGAGE CAPITAL, INC.; CREDIT
SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORP.; CREDIT SUISSE
SECURITIES (USA) LLC (F/K/A CREDIT
SUISSE FIRST BOSTON LLC); ANDREW A.
KIMURA; JEFFREY A. ALTABEF; EVELYN
ECHEVARRIA; MICHAEL A. MARRIOTT; and
THOMAS ZINGALLI,

                          Defendants.

Civil Action No. 11-cv-30047-MAP

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANTS CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES
CORPORATION; DLJ MORTGAGE CAPITAL, INC.;
<u>AND CREDIT SUISSE SECURITIES (USA) LLC.</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, Defendants Credit Suisse First Boston Mortgage Securities Corporation, DLJ Mortgage Capital, Inc. and Credit Suisse Securities (USA) LLC, by their undersigned counsel, certify as follows:

Credit Suisse First Boston Mortgage Securities Corporation is a wholly-owned subsidiary of Credit Suisse Management LLC, which is a wholly-owned subsidiary of Credit Suisse (USA), Inc.  DLJ Mortgage Capital, Inc. and Credit Suisse Securities (USA) LLC are also wholly-owned subsidiaries of Credit Suisse (USA), Inc.  Credit Suisse (USA), Inc. is a wholly-owned subsidiary of Credit Suisse Holdings (USA), Inc., which is a jointly-owned subsidiary of (1) Credit Suisse Group AG, (2) Credit Suisse Group AG, Guernsey Branch, which is a branch of Credit Suisse Group AG, and (3) Credit Suisse AG.  Credit Suisse AG has publicly registered

debt securities and warrants in the United States and elsewhere.  Credit Suisse AG is a wholly-owned subsidiary of Credit Suisse Group AG, which is a corporation organized under the laws of the Country of Switzerland and whose shares are publicly traded on the SIX Swiss Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares.

            Respectfully submitted,

            CREDIT SUISSE FIRST BOSTON
            MORTGAGE SECURITIES
            CORPORATION, DLJ MORTGAGE
            CAPITAL, INC., AND CREDIT SUISSE
            SECURITIES (USA) LLC

            By their attorneys:

            /s/ Matthew T. McLaughlin __
            Jonathan Sablone (BBO No. 632998)
            Matthew T. McLaughlin (BBO No. 660878)
            NIXON PEABODY LLP
            100 Summer Street
            Boston, Massachusetts  02110
            Tel:  (617) 345-1000
            Fax:  (617) 345-1300
            jsablone@nixonpeabody.com
            mmclaughlin@nixonpeabody.com

Dated:  March 22, 2011

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing document, which was filed electronically with the Court through the Electronic Case Files system on March 22, 2011, will be sent electronically to registered counsel of record as identified on the Notice of Electronic Filing ("NEF").

                /s/ Matthew T. McLaughlin
                Matthew T. McLaughlin