UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 11-30047-MAP
_____

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
PLAINTIFF
VS.
DLJ MORTGAGE CAPITAL, INC. ET AL
DEFENDANTS
_____

### NOTICE OF APPEARANCE

**TO:** THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the plaintiff Massachusetts Mutual Life Insurance Company in the above-entitled matter.

FOR THE PLAINTIFF
BY: ITS ATTORNEYS,

*/s/ Stephen E. Spelman*
_____
Stephen E. Spelman, Esq. - BBO# 632089
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - P.O. Box 9035
Springfield, MA 01102-9035
(413) 737-0260; Fax: (413) 737-0121
ses@efclaw.com

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 24th day of March, 2011.

*/s/ Stephen E. Spelman*
_____
Stephen E. Spelman