# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>                                        Plaintiff,<br><br>v.<br><br>DLJ MORTGAGE CAPITAL, INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE SECURITIES (USA) LLC; ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; and THOMAS ZINGALLI,<br><br>                                        Defendants. | Civil Action No. 11-cv-30047-MAP |

## NOTICE OF APPEARANCE

Please enter the appearance of Jonathan Sablone of Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts  02110, as attorney representing Defendants DLJ Mortgage Capital, Inc., Credit Suisse First Boston Mortgage Securities Corp. and Credit Suisse Securities (USA) LLC  in the above-captioned action.

Dated:  March 24, 2011

                                                            Respectfully Submitted,


                                                              /s/ Jonathan Sablone
                                                            Jonathan Sablone (BBO No. 632998)
                                                            NIXON PEABODY LLP
                                                            100 Summer Street
                                                            Boston, Massachusetts  02110
                                                            Tel:  (617) 345-1000
                                                            Fax:  (617) 345-1300
                                                            jsablone@nixonpeabody.com

13401943.1

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that the foregoing document, which was filed electronically with the Court through the Electronic Case Files system on March 24, 2011, will be sent electronically to registered counsel of record as identified on the Notice of Electronic Filing ("NEF").

                                                /s/ Jonathan Sablone  
                                                  Jonathan Sablone