UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>DLJ MORTGAGE CAPITAL, INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE SECURITIES (USA) LLC; ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; and THOMAS ZINGALLI,<br><br>                    Defendants. | Civil Action No. 11-cv-30047-MAP |

## NOTICE OF APPEARANCE

Please enter the appearance of Matthew T. McLaughlin, of Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110, as an attorney representing Defendants Andrew A. Kimura, Jeffrey A. Altabef, Evelyn Echevarria, Michael A. Marriott, and Thomas Zingalli in the above-captioned action.

By filing this Notice, the above-named Defendants do not consent to personal jurisdiction and expressly preserve their right to challenge the Court's personal jurisdiction over them.

Dated: April 25, 2011

                                                                Respectfully Submitted,


                                                                 /s/ Matthew T. McLaughlin
                                                                Matthew T. McLaughlin (BBO No. 660878)
                                                                NIXON PEABODY LLP
                                                                100 Summer Street
                                                                Boston, Massachusetts 02110
                                                                Tel: (617) 345-1000
                                                                Fax: (617) 345-1300
                                                                mmclaughlin@nixonpeabody.com

12587084.1

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed electronically with the Court through the Electronic Case Files system on April 25, 2011, will be sent electronically to registered counsel of record as identified on the Notice of Electronic Filing ("NEF").

                                                  /s/ Matthew T. McLaughlin
                                                    Matthew T. McLaughlin