**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DLJ MORTGAGE CAPITAL, INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE SECURITIES (USA) LLC (F/K/A CREDIT SUISSE FIRST BOSTON LLC); ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; and THOMAS ZINGALLI,<br><br>Defendants. | Civil Action No. 3:11-30047-MAP<br><br>Oral Argument Requested |

**DECLARATION OF STEPHEN E. SPELMAN**

I, Stephen E. Spelman, make this declaration pursuant to 28 U.S.C. § 1746. I hereby

state as follows:

1. I am a member of the bar of the Commonwealth of Massachusetts and Of Counsel

at the law firm Egan, Flanagan and Cohen, P.C., attorneys for plaintiff Massachusetts Mutual

Life Insurance Company ("MassMutual") in the above-captioned action. I respectfully submit

this declaration in support of (i) MassMutual's Opposition to the Motions to Dismiss Filed by the

Corporate Credit Suisse Defendants; and (ii) MassMutual's Opposition to the Credit Suisse

Officer Defendants' Motion to Dismiss. I make this declaration of personal, firsthand

knowledge, and, if called and sworn as a witness, I could and would testify competently thereto.

1

2.      Attached hereto as Exhibit 1 is a true and correct copy of the New York Supreme Court's decision in *MBIA Ins. Corp. v. Morgan Stanley*, Index No. 29951-2010 (N.Y. Sup. Ct., Westchester Cnty., May 26, 2011).

3.      Counsel for defendants Andrew A. Kimura, Jeffrey A. Altabef, Evelyn Echevarria, Michael A. Marriott, and Thomas Zingalli (collectively, the "Officer Defendants") agreed to accept service of the Summons and Complaint in this action on behalf of the Officer Defendants.  In addition, between June 8 and June 16, 2011, the Officer Defendants were served with the Summons, Complaint, Civil Cover Sheet, and Category Form, in accordance with Section 414(h) of the Massachusetts Uniform Securities Act.  Affidavits of Compliance and Service evidencing service on the Officer Defendants pursuant to Section 414(h) were filed with this Court on June 21, 2011 as Docket Numbers 40 to 44.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 28th day of June, 2011, at Springfield, Massachusetts.


                                        /s/ Stephen E. Spelman
                                        Stephen E. Spelman

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 28th day of June, 2011.

/s/ Edward J. McDonough Jr.
_____
Edward J. McDonough Jr.