THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>PLAINTIFF,<br><br>V.<br><br>DLJ MORTGAGE CAPITAL, INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE SECURITIES (USA) LLC (F/K/A CREDIT SUISSE FIRST BOSTON LLC); ANDREW A. KIMURA; JEFFERY A. ALTABEF; EVELYN ECHEVARRIA, MICHAEL A. MARRIOTT; AND THOMAS ZINGALLI,<br><br>DEFENDANTS. | Civil Action No.:<br>3:11-cv-30047 |

MAP
7.15.11

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JOINT BRIEFING IN SUPPORT OF THEIR MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT, TO EXTEND PAGE LIMITS, TO EXTEND TIME TO FILE THEIR MOTIONS, AND TO SET A SCHEDULE FOR OPPOSITION AND REPLY BRIEFING**

Upon considering Defendants' Motion for Joint Briefing in Support of their Motions to

Dismiss Plaintiff's Complaint, to Extend Page Limts, to Extend Time to File their Motions, and

to Set a Schedule for Opposition and Reply Briefing, dated April 25, 2011 (the "Motion"), and

Plaintiff's opposition to part of such Motion, it is hereby:

**ORDERED** that Defendants' Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants in the five actions listed below (together, the

"Actions") are granted leave to file one joint omnibus memorandum of law of up to forty (40)

pages addressing common issues in support of the motions to dismiss the Complaints in the five

Actions, and supplemental briefs of up to twelve (12) pages by each Defendant group, to address

Defendant-specific and case-specific issues:

- *Massachusetts Mutual Life Ins. Co. v. Residential Funding Co., LLC, et al.*, No. 11-cv-30035;

- *Massachusetts Mutual Life Ins. Co. v. DB Structured Prods., Inc., et al.*, No. 11-cv-30039;

- *Massachusetts Mutual Life Ins. Co. v. RBS Fin. Prods. Inc., et al.*, No. 11-cv-30044;

- *Massachusetts Mutual Life Ins. Co. v. DLJ Mortg. Capital, Inc., et al.*, No. 11-cv-30047; and

- *Massachusetts Mutual Life Ins. Co. v. Credit Suisse First Boston Mortg. Sec. Corp., et al.*, No. 11-cv-30048; and it is

**FURTHER ORDERED** that:

- Defendants' deadline to file their motions to dismiss Plaintiff' Complaints is

  extended to one week from the date the Court enters this Order;

- Plaintiff's opposition brief(s) are due within 60 days after filing of Defendants'

  motions to dismiss; and

- Defendants' reply brief(s) are due within 30 days after filing of Plaintiff's opposition brief(s).

**IT IS SO ORDERED**.

SIGNED at Springfield, Massachusetts, this 5ᵗʰ day of July, 2011.

HON. MICHAEL A. PONSOR
UNITED STATES DISTRICT JUDGE

2