**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>               Plaintiff,<br><br>v.<br><br>DLJ MORTGAGE CAPITAL, INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE SECURITIES (USA) LLC (F/K/A CREDIT SUISSE FIRST BOSTON LLC); ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; and THOMAS ZINGALLI,<br><br>               Defendants. | No. 3:11-cv-30047-MAP |

**ASSENTED-TO MOTION FOR EXTENSION OF**
**DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT**

Defendant Credit Suisse Securities (USA) LLC ("Defendant"), hereby moves for an extension of its time to answer the complaint filed by Plaintiff Massachusetts Mutual Life Insurance Company ("Plaintiff") in the above-captioned action (the "Action"), as stipulated to by the parties, through their undersigned counsel, as set forth below. Plaintiff, through its undersigned counsel, assents to the motion.

On February 25, 2011, Plaintiff commenced the above-captioned action by filing a complaint ("Complaint") in the United States District Court for the District of Massachusetts against Defendant.

By Memorandum and Order entered on February 14, 2012, the Court granted in part and denied in part Defendant's motion to dismiss the Complaint and directed Defendant to serve and file an answer within twenty (20) days of the Court's Order.

Counsel for Plaintiff and counsel for Defendant conferred and have stipulated and agreed, subject to the approval of the Court, as follows:

1. Defendant shall answer the Complaint on or before March 20, 2012.

2. By filing this motion, Plaintiff and Defendant do not waive, and expressly preserve, any and all rights and defenses, including but not limited to the right to replead or amend the allegations in support of any claims or assert any defenses relating to jurisdiction, venue, arbitration, service of process and statute of limitations or any counterclaims that may be available in this Action.

WHEREFORE, the parties respectfully request that this Court:

1. Grant the instant motion to enter an Order per the terms stipulated to by the parties, as set forth herein.

2. Grant such further relief as may be just and proper.

March 2, 2012

Respectfully submitted,

| | |
|---|---|
| /s/ Edward J. McDonough, Jr. | /s/ Jonathan Sablone |
| Edward J. McDonough, Jr. (BBO 331590) | Jonathan Sablone (BBO 632998) |
| Stephen E. Spelman (BBO 632089) | Matthew T. McLaughlin (BBO 660878) |
| EGAN, FLANAGAN AND COHEN, P.C. | NIXON PEABODY LLP |
| 67 Market Street, P.O. Box 9035 | 100 Summer Street |
| Springfield, Massachusetts 01102 | Boston, Massachusetts 02110 |
| ejm@efclaw.com | jsablone@nixonpeabody.com |
| ses@efclaw.com | mmclaughlin@nixonpeabody.com |
| | *Counsel for Defendant Credit Suisse Securities (USA) LLC* |
| *Of Counsel* | |
| Philippe Z. Selendy | *Of Counsel* |
| Jennifer J. Barrett | Richard W. Clary |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | (*pro hac vice*) |
| | Julie A. North |
| 51 Madison Avenue, 22nd Floor | (*pro hac vice*) |
| New York, New York 10010-1601 | Michael T. Reynolds |
| | (*pro hac vice*) |
| *Counsel for Plaintiff Massachusetts Mutual Life Insurance Company* | CRAVATH, SWAINE & MOORE LLP |
| | 825 Eighth Avenue |
| | New York, New York 10019 |
| | (212) 474-1000 |
| | |
| | *Counsel for Defendant Credit Suisse Securities (USA) LLC* |

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 2nd day of March, 2012.

                                        /s/ Jonathan Sablone
                                          Jonathan Sablone