**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>DLJ MORTGAGE CAPITAL, INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE SECURITIES (USA) LLC (F/K/A CREDIT SUISSE FIRST BOSTON LLC); ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; and THOMAS ZINGALLI,<br><br>    Defendants. | Civil Action No. 3:11-30047-MAP |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME FOR MASSMUTUAL TO MOVE TO STRIKE CERTAIN DEFENSES ASSERTED IN DEFENDANT'S ANSWER, AND EXTENSION OF TIME FOR DEFENDANT TO AMEND ITS ANSWER**

Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") hereby moves for an extension of its time to move to strike certain defenses asserted in the answer filed in the above-captioned action (the "Action"), as stipulated to by the parties, through their undersigned counsel, as set forth below.  Defendant Credit Suisse Securities (USA) LLC ("Defendant"), through its undersigned counsel, assents to the motion.

MassMutual commenced the Action by filing a complaint (the "Complaint") in the United States District Court for the District of Massachusetts against Defendant, among others. On March 20, 2012, Defendant filed its answer (the "Answer") to the Complaint.

MassMutual intends to file a motion to strike certain defenses asserted in the Answer, which is due on or before April 13, 2012 pursuant to Federal Rules of Civil Procedure 6(d) and 12(f).

To allow MassMutual and Defendant sufficient time to meet and confer in an attempt to narrow the defenses that will be the subject of the motion to strike, MassMutual and Defendant have conferred and stipulate and agree, subject to the approval of the Court, as follows:

1. The time for MassMutual to file a motion to strike certain defenses asserted in the Answer shall be extended up to and including April 27, 2012.

2. In addition, the time for Defendant to amend its Answer shall be extended up to and including April 25, 2012.  If an amended answer is filed, the time for MassMutual to file any motion to strike shall be further extended up to and including May 9, 2012.  MassMutual and Defendant agree that if an amended answer is filed, MassMutual need not conduct an additional meet and confer prior to filing any motion to strike.

3. Any motion by MassMutual to strike defenses in the Answer or any amended answer shall be briefed according to the following schedule (in addition to the deadlines set forth above for the filing of MassMutual's motion to strike):

    a) Defendant's opposition due 28 days after filing of the motion to strike;

    b) MassMutual shall be afforded the right to a reply brief, which shall be due 14 days after filing of Defendant's opposition.

WHEREFORE, the parties respectfully request that this Court:

1. Grant the instant motion to enter an Order per the terms stipulated to by the parties, as set forth herein.

2. Grant such further relief as may be just and proper.

DATED:  April 13, 2012        Respectfully submitted,

*/s/ Edward J. McDonough Jr.*
_____
Edward J. McDonough Jr. (BBO 331590)
Stephen E. Spelman (BBO 632089)
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street, P.O. Box 9035
Springfield, Massachusetts 01102
ejm@efclaw.com
ses@efclaw.com

*Of Counsel:*
Philippe Z. Selendy
Jennifer J. Barrett
QUINN EMANUEL URQUHART
& SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601

*Counsel for Plaintiff Massachusetts Mutual Life Insurance Company*

*/s/ Jonathan Sablone*
_____
Jonathan Sablone (BBO 632998)
Matthew T. McLaughlin (BBO 660878)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
617-345-1000
617-345-1300 (fax)
jsablone@nixonpeabody.com
mmclaughlin@nixonpeabody.com

*Of Counsel:*
Richard W. Clary (*pro hac vice*)
Julie A. North (*pro hac vice*)
Michael T. Reynolds (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

*Counsel for Defendant Credit Suisse Securities (USA) LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 13th day of April, 2012.

                */s/ Edward J. McDonough Jr.*
                _____
                Edward J. McDonough Jr.