**Appendix A**
**Chart of Affirmative Defenses Plaintiff Challenges In Each Action**

| **Affirmative Defense** | **30035** | **30039** | **30044** | **30047** | **30048** | **30094** | **30126** | **30127** | **30141** | **30285** |
|---|---|---|---|---|---|---|---|---|---|---|
| **Defendants neither owed nor breached any duty** | UBS (11)[1]; Res. Sec. (16) | DB (11) | RBS (12) | CS (5) | CS (5); UBS (11) | JPM (6); WaMu (6); Individual Ds (6) | GS (10); JPM (6); Bar (7); UBS (11); Individual Ds (6) | JPM (6) | HSBC (18) | ML (5); DB (11); GS (10); JPM (6); RBS (11) |
| **Plaintiff "should have known," had "constructive knowledge," or "assumed the risk" of the alleged misstatements or omissions** | UBS (12, 19); Res. Sec. (14, 20) | DB (12, 19) | RBS (13) | CS (6, 12) | CS (6, 12); UBS (12) | JPM (8, 14); WaMu (8, 14); Individual Ds (8, 14) | GS (20); JPM (8, 14); Bar (6, 23); UBS (12, 19); Individual Ds (8, 14) | JPM (8, 14) | HSBC (10, 14, 17) | ML (6); DB (12, 19); GS (20); JPM (8, 14); RBS (12, 19) |
| **Plaintiff failed to mitigate damages** | UBS (15); Res. Sec. (21) | DB (15) | RBS (16) | CS (13) | CS (13); UBS (15) | JPM (20); WaMu (20); Individual Ds (20, 21) | GS (17); JPM (20); Bar (20); UBS (15); Individual Ds (20) | JPM (20) | — | ML (13); DB (15); GS (17); JPM (20); RBS (15) |
| **Plaintiff's alleged losses were not caused by the alleged misstatements or omissions** | UBS (17) | DB (17) | RBS (18) | CS (11) | CS (11); UBS (17) | JPM (19); WaMu (19); Individual Ds (19) | GS (12); JPM (19); Bar (10); UBS; Individual Ds (19) | JPM (19) | — | ML (12); DB (17); GS (11, 14, 16); JPM (19); RBS (17) |
| **Plaintiff's purchases were not effected "by means of" the alleged misstatements or omissions** | UBS (20); Res. Sec. (17) | DB (20) | RBS (20) | CS (7) | CS (7); UBS (20) | JPM (12); WaMu (12); Individual Ds (12) | GS (18); JPM (12); Bar (19); UBS (20); Individual Ds (12) | JPM (12) | HSBC (19) | ML (27); DB (20); GS (18); JPM (12); RBS (20) |
| **Plaintiff's claims are barred by laches, equitable estoppel, or other equitable defenses** | UBS (26); Res. Sec. (3, 4) | DB (26) | RBS (26) | CS (23) | CS (23); UBS (26) | JPM (23); WaMu (23); Individual Ds (23, 24) | GS (21); JPM (23); Bar (18); UBS (26); Individual Ds (23, 24) | JPM (23) | HSBC (9) | ML (17); DB (26); GS (21); JPM (23); RBS (26) |
| **Plaintiff's recovery should be reduced by the fault attributable to other individuals/entities** | — | — | — | CS (20) | CS (20) | JPM (17); WaMu (17); Individual Ds (17) | GS (15), JPM (17), Individual Ds (17) | JPM (17) | HSBC (4) | ML (27), GS (15), JPM (17) |
| **Plaintiff would be unjustly enriched** | — | — | — | — | — | — | Bar (18) | — | HSBC (21) | — |
| **Plaintiff's damages are speculative** | — | — | — | — | — | — | — | — | HSBC (5) | — |

---

[1] The number in parentheses corresponds to the numbered defense asserted by the corresponding defendant(s) in its answer.  For example, this entry denotes that the "no duty" defense is UBS's Eleventh Defense in the 30035 action.