# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>     v.<br><br>DLJ MORTGAGE CAPITAL, INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE SECURITIES (USA) LLC (F/K/A CREDIT SUISSE FIRST BOSTON LLC); ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; and THOMAS ZINGALLI,<br><br>         Defendants. | Civil Action No. 3:11-30047-MAP |

## JOINT REQUEST FOR SCHEDULING CONFERENCE

Plaintiff Massachusetts Mutual Life Insurance Company and Defendants Credit Suisse Securities (USA) LLC and Jeffrey A. Altabef jointly respectfully request that the Court set a scheduling conference in this action. All Defendants have answered as of May 31, 2012.

DATED:  October 2, 2012	Respectfully submitted,

      /s/ Edward J. McDonough Jr.
Edward J. McDonough Jr. (BBO 331590)
Stephen E. Spelman (BBO 632089)
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street, P.O. Box 9035
Springfield, Massachusetts  01102
Telephone:  (413) 737-0260
Fax:  (413) 737-0121
ejm@efclaw.com;
ses@efclaw.com

Of counsel:
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Philippe Z. Selendy (admitted *pro hac*)
Jennifer J. Barrett (admitted *pro hac*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Fax (212) 849-7100

A. William Urquhart (admitted *pro hac*)
Harry A. Olivar, Jr. (admitted *pro hac*)
Molly Stephens (admitted *pro hac*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax (213) 443-3100

*Counsel for Plaintiff Massachusetts Mutual Life Insurance Company*

        /s/ Jonathan Sablone
Jonathan Sablone (BBO 632998)
Matthew T. McLaughlin (BBO 660878)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
617-345-1000
617-345-1300 (fax)
jsablone@nixonpeabody.com
mmclaughlin@nixonpeabody.com

Of counsel:
Richard W. Clary (*pro hac vice*)
Julie A. North (*pro hac vice*)
Michael T. Reynolds (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

*Counsel for Defendants Credit Suisse Securities (USA) LLC and Jeffrey A. Altabef*

3

**CERTIFICATE OF SERVICE**

  I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 2nd day of October, 2012.

        */s/ Edward J. McDonough Jr.*
        _____
         Edward J. McDonough Jr.