UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> DLJ MORTGAGE CAPITAL, INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE SECURITIES (USA) LLC (F/K/A CREDIT SUISSE FIRST BOSTON LLC); ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; and THOMAS ZINGALLI, <br><br> Defendants. | No. 3:11-cv-30047-MAP |

## **DEFENDANTS' LOCAL RULE 16.1(D)(3) CERTIFICATION**

Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston LLC) and Jeffrey A. Altabef (collectively, "Defendants") certify that they have conferred with counsel with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation.  Further, Defendants certify that they have conferred with counsel to consider the resolution of this litigation through the use of alternative dispute resolution programs.

| | |
|---|---|
| CREDIT SUISSE SECURITIES (USA) LLC | NIXON PEABODY LLP |
| By its representative, | /s/ Jonathan Sablone |
| | Jonathan Sablone (BBO # 632998) |
| /s/ R. Colby Allsbrook | Matthew T. McLaughlin (BBO # 660878) |
| Credit Suisse Securities (USA) LLC | 100 Summer Street |
| | Boston, MA  02110 |
| | Telephone: (617) 345-1000 |
| JEFFREY A. ALTABEF | Fax: (617) 345-1300 |
| | jsablone@nixonpeabody.com |
| /s/ Jeffrey A. Altabef | mmclaughlin@nixonpeabody.com |
| Jeffrey A. Altabef | |
| | Of counsel: |
| Dated: November 29, 2012 | |
| | CRAVATH, SWAINE & MOORE LLP |
| | Richard W. Clary (*pro hac vice*) |
| | Julie A. North (*pro hac vice*) |
| | Michael T. Reynolds (*pro hac vice*) |
| | 825 Eighth Avenue |
| | New York, New York 10019 |
| | (212) 474-1000 |
| | Dated: November 29, 2012 |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 29, 2012.

/s/ Jonathan Sablone
Jonathan Sablone