IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>RESIDENTIAL FUNDING COMPANY, LLC (F/K/A RESIDENTIAL FUNDING CORPORATION), et al.,<br><br>　　　　　Defendants. | Civil Action No. 3:11-30035-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>DB STRUCTURED PRODUCTS, INC., et al.,<br><br>　　　　　Defendants. | Civil Action No. 3:11-30039-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), et al.,<br><br>　　　　　Defendants. | Civil Action No. 3:11-30044-MAP |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>DLJ MORTGAGE CAPITAL, INC., et al.,<br><br>        Defendants. | Civil Action No. 3:11-30047-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al.,<br><br>        Defendants. | Civil Action No. 3:11-30048-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>        Defendants. | Civil Action No. 3:11-30094-MAP |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY, et al.,<br><br>          Defendants. | Civil Action No. 3:11-30126-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>IMPAC FUNDING CORPORATION, et al.,<br><br>          Defendants. | Civil Action No. 3:11-30127-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, et al.,<br><br>          Defendants. | Civil Action No. 3:11-30141-MAP |

## LOCAL RULE 16.1(d)(3) CERTIFICATION

Pursuant to Rule 16.1(d)(3) of the Local Rules of this Court, Plaintiff Massachusetts Mutual Life Insurance Company and undersigned counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATED:  November 29, 2012

    MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY

    By:  */s/ Edward J. McDonough Jr.*
    Edward J. McDonough Jr. (BBO 331590)
    Stephen E. Spelman (BBO 632089)
    Egan, Flanagan and Cohen, P.C.
    67 Market Street, P.O. Box 9035
    Springfield, Massachusetts  01102
    Telephone:  (413) 737-0260
    Fax:  (413) 737-0121
    ejm@efclaw.com; ses@efclaw.com

    Of counsel:

    QUINN EMANUEL URQUHART & SULLIVAN, LLP

    Philippe Z. Selendy (admitted *pro hac vice*)
    Jennifer J. Barrett (admitted *pro hac vice*)
    51 Madison Avenue, 22nd Floor
    New York, NY 10010
    (212) 849-7000
    Fax (212) 849-7100

    A. William Urquhart (admitted *pro hac vice*)
    Harry A. Olivar, Jr. (admitted *pro hac vice*)
    Molly Stephens (admitted *pro hac vice*)

2

865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax (213) 443-3100

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 29th day of November, 2012.

                                                */s/ Edward J. McDonough Jr.*
                                                _____
                                                Edward J. McDonough Jr.