**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>DB STRUCTURED PRODUCTS, INC., et al.,<br><br>　　　　　Defendants. | Civil Action No. 3:11-30039-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), et al.,<br><br>　　　　　Defendants. | Civil Action No. 3:11-30044-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>DLJ MORTGAGE CAPITAL, INC., et al.,<br><br>　　　　　Defendants. | Civil Action No. 3:11-30047-MAP-KPN |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al.,<br><br>        Defendants. | Civil Action No. 3:11-30048-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>        Defendants. | Civil Action No. 3:11-30094-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY, et al.,<br><br>Defendants. | Civil Action No. 3:11-30126-MAP-KPN |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>IMPAC FUNDING CORPORATION, et al.,<br><br>        Defendants. | Civil Action No. 3:11-30127-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, et al.,<br><br>        Defendants. | Civil Action No. 3:11-30141-MAP-KPN |

## JOINT MOTION TO EXTEND THE TIME TO FILE THE PARTIES' JOINT EXPERT PROPOSAL BY ONE BUSINESS DAY

Plaintiff Massachusetts Mutual Life Insurance Company and Defendants in the above-captioned actions (collectively, the "Parties") jointly respectfully request that they be allowed one (1) extra business day to file their joint proposal for expert discovery (the "Proposal") required by the Court's December 4, 2012 Scheduling Order.  The Proposal is otherwise due today, February 8, 2013.  Although the Parties have been working diligently to prepare the Proposal, they request an extra business day to finalize it because of, among other things, the snowstorm affecting the Northeast.  The Parties therefore respectfully jointly request that the Court permit the Proposal to be filed on February 11, 2013 instead of February 8, 2013.

DATED:  February 8, 2013

By  */s/ Jeffrey L. McCormick*
Jeffrey L. McCormick (BBO #329740)
ROBINSON DONOVAN, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Telephone:  (413) 732-2301
Fax:  (413) 785-4658
jmccormick@robinsondonovan.com

*Counsel for Defendants J.P. Morgan Securities LLC, WaMu Capital Corporation, Joseph T. Jurkowski, Jr., David M. Duzyk, Louis Schioppo, Jr., William A. King, Thomas F. Marano, Michael B. Nierenberg, Jeffrey L. Verschleiser, David Beck, Diane Novak, and Samuel L. Molinaro, Jr.*

Of Counsel:

Robert H. Baron (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
J. Wesley Earnhardt (admitted *pro hac vice*)
  CRAVATH, SWAINE & MOORE LLP
  825 Eighth Avenue
  New York, NY 10019
  Telephone: (212) 474-1000
  Fax: (212) 474-3700
  rbaron@cravath.com
  kdemasi@cravath.com
  wearnhardt@cravath.com

*Counsel for Defendants J.P. Morgan Securities LLC, WaMu Capital Corporation, Joseph T. Jurkowski, Jr., David M. Duzyk, Louis Schioppo, Jr., and William A. King*

Of Counsel:

Joel C. Haims (admitted *pro hac vice*)
LaShann M. DeArcy (admitted *pro hac vice*)
  MORRISON & FOERSTER LLP
  1290 Avenue of the Americas
  New York, New York 10104
  Telephone: (212) 468-8000
  Fax: (212) 468-7900
  jhaims@mofo.com
  ldearcy@mofo.com

*Counsel for Defendants Thomas F. Marano and Michael B. Nierenberg*

Of Counsel:

Dani R. James (admitted *pro hac vice*)
Jade A. Burns (admitted *pro hac vice*)
  KRAMER LEVIN NAFTALIS & FRANKEL LLP
  1177 Avenue of the Americas
  New York, NY 10036
  Telephone: (212) 715-9100
  Fax: (212) 715-8000
  djames@kramerlevin.com
  jburns@kramerlevin.com

*Counsel for Defendant Jeffrey L. Verschleiser*

Of Counsel:

Theresa Trzaskoma (admitted *pro hac vice*)
David Elbaum (admitted *pro hac vice*)
  BRUNE & RICHARD LLP
  One Battery Park Plaza
  New York, NY 10004
  Telephone (212) 668-1900
  Fax: (212) 668-0315
  ttrzaskoma@bruneandrichard.com
  delbaum@bruneandrichard.com

*Counsel for Defendants David Beck and Diane Novak*

Of Counsel:

Pamela Rogers Chepiga (admitted *pro hac vice*)
Josephine A. Cheatham (admitted *pro hac vice*)
  ALLEN & OVERY LLP
  1221 Avenue of the Americas
  New York, New York 10020
  Telephone: (212) 765-1125
  pamela.chepiga@allenovery.com
  allie.cheatham@allenovery.com

*Counsel for Defendant Samuel L. Molinaro, Jr.*

By  */s/ Philip A. O'Connell, Jr.*
Philip A. O'Connell, Jr. (BBO #649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, Massachusetts 02110
Telephone:  (617) 235-6802
Fax:  (617) 235-6899
philip.oconnelljr@snrdenton.com

Of Counsel:

Sandra D. Hauser (admitted *pro hac vice*)
Patrick E. Fitzmaurice (admitted *pro hac vice*)
SNR DENTON US LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 768-6700
Fax:  (212) 768-6800
sandra.hauser@snrdenton.com
patrick.fitzmaurice@snrdenton.com

*Counsel for Defendant Matthew E. Perkins*

By   */s/ Michael Pastore*
  Michael Pastore (BBO #669692)
    GREENBERG TRAURIG, LLP
    One International Place
    Boston, MA  02110
    Telephone:  (617) 310-6000
    Fax:  (617) 310-6001
    pastorem@gtlaw.com

Of Counsel:

Richard A. Edlin (admitted *pro hac vice*)
Ronald D. Lefton (admitted *pro hac vice*)
Candace Camarata (admitted *pro hac vice*)
  GREENBERG TRAURIG, LLP
  200 Park Avenue
  New York, NY  10166
  Telephone: (212) 801-9200
  Fax: (212)801-6400
  edlinr@gtlaw.com
  leftonr@gtlaw.com
  camaratac@gtlaw.com

*Counsel for Defendant Jeffrey Mayer*

By  */s/ Kathy B. Weinman*
   Kathy B. Weinman (BBO #541993)
   Azure Abuirmeileh (BBO #670325)
    COLLORA LLP
    100 High Street, 20th Floor
    Boston, Massachusetts 02110
    Telephone: (617) 371-1000
    Fax: (617) 371-1037
    kweinman@collorallp.com
    aabuirmeileh@collorallp.com

Of Counsel:

Thomas C. Rice (admitted *pro hac vice*)
David J. Woll (admitted *pro hac vice*)
Alan Turner (admitted *pro hac vice*)
  SIMPSON THACHER & BARTLETT LLP
  425 Lexington Avenue
  New York, New York 10017
  Telephone: (212) 455-2000
  Fax: (212) 455-2502
  trice@stblaw.com
  dwoll@stblaw.com
  aturner@stblaw.com

*Counsel for Defendants Deutsche Bank Securities Inc., Anilesh Ahuja, Michael Commaroto, Richard D'Albert and Richard Ferguson*

*Counsel for Defendants RBS Securities Inc., Joseph N. Walsh III, Robert J. McGinnis, Carol P. Mathis and James M. Esposito*

*Counsel for Defendants UBS Securities LLC and Per Dyrvik*

6

By   */s/ Jonathan Sablone*
    Jonathan Sablone (BBO #632998)
    Matthew T. McLaughlin (BBO #660878)
     NIXON PEABODY LLP
     100 Summer Street
     Boston, Massachusetts 02110
     Telephone: (617) 345-1342
     Fax: (866) 947-1729
     jsablone@nixonpeabody.com
     mmclaughlin@nixonpeabody.com

    Of Counsel:

    Richard W. Clary (admitted *pro hac vice*)
    Julie A. North (admitted *pro hac vice*)
    Richard J. Stark (admitted *pro hac vice*)
    Michael T. Reynolds (admitted *pro hac vice*)
    Lauren A. Moskowitz (admitted *pro hac vice*)
     CRAVATH, SWAINE & MOORE LLP
     825 Eighth Avenue
     New York, New York 10019
     Telephone: (212) 474-1000
     Fax: (212) 474-3700
     rclary@cravath.com
     jnorth@cravath.com
     rstark@cravath.com
     mreynolds@cravath.com
     lmoskowitz@cravath.com

    *Counsel for Defendants Credit Suisse Securities*
    *(USA) LLC and Jeffrey A. Altabef*

By   */s/ Mark A. Berthiaume*
    Mark A. Berthiaume (BBO #041715)
     GREENBERG TRAURIG, LLP
     One International Place
     Boston, Massachusetts 02110
     Telephone: (617) 310-6007
     Fax: (617) 310-6001
     berthiaumem@gtlaw.com

Of Counsel:

Richard H. Klapper (admitted *pro hac vice*)
David M.J. Rein (admitted *pro hac vice*)
  SULLIVAN & CROMWELL LLP
  125 Broad Street
  New York, NY 10004-2498
  Telephone: (212) 558-4000
  Fax: (212) 558-3588
  klapperr@sullcrom.com
  reind@sullcrom.com

*Counsel for Defendant Goldman, Sachs & Co.*

By   */s/ Gary R. Greenberg*
    Gary R. Greenberg (BBO #209420)
     GREENBERG TRAURIG, LLP
     One International Place
     Boston, MA 02110
     Telephone: (617) 310-6000
     Fax: (617) 310-6001
     greenbergg@gtlaw.com

Of Counsel:

Joseph J. Frank (admitted *pro hac vice*)
Steven J. Fink (admitted *pro hac vice*)
Matthew L. Craner (admitted *pro hac vice*)
Charles J. Ha (admitted *pro hac vice*)
  ORRICK HERRINGTON & SUTCLIFFE LLP
  51 W. 52nd Street
  New York, NY 10019
  Telephone: (212) 506-5000
  Fax: (212) 506-5151
  jfrank@orrick.com
  sfink@orrick.com
  mcraner@orrick.com
  charlesha@orrick.com

*Counsel for Defendant Barclays Capital Inc.*

By   */s/ Joseph F. Ryan*
    Joseph F. Ryan (BBO #435720)
      LYNE, WOODWORTH & EVARTS LLP
      12 Post Office Square
      Boston, Massachusetts 02109
      Telephone: (617) 523-6655
      Fax: (617) 248-9877
      JRyan@lwelaw.com

    Of Counsel:

    John M. Conlon (admitted *pro hac vice*)
    Michael O. Ware (admitted *pro hac vice*)
    Allison J. Zolot (admitted *pro hac vice*)
      MAYER BROWN LLP
      1675 Broadway
      New York, New York 10019-5820
      Telephone: (212) 506-2500
      Fax: (212) 262-1910
      jconlon@mayerbrown.com
      mware@mayerbrown.com
      azolot@mayerbrown.com

    Damien J. Marshall (admitted *pro hac vice*)
    Andrew Z. Michaelson (admitted *pro hac vice*)
      BOIES, SCHILLER & FLEXNER LLP
      575 Lexington Avenue, 7th Floor
      New York, New York 10022
      Tel: (212) 446-2300
      Fax: (212) 446-2350
      dmarshall@bsfllp.com
      amichaelson@bsfllp.com

    Jonathan M. Shaw (admitted *pro hac vice*)
      BOIES, SCHILLER & FLEXNER LLP
      5301 Wisconsin Avenue, N.W.
      Washington, DC 20015
      Tel: (212) 237-2727
      Fax: (212) 237-6131
      jshaw@bsfllp.com

    Edward J. Normand (admitted *pro hac vice*)
      BOIES, SCHILLER & FLEXNER LLP
      333 Main Street
      Armonk, NY 10504
      Tel:  (914) 749-8200
      Fax:  (914) 749-8300
      enormand@bsfllp.com

    *Counsel for Defendants HSBC Securities (USA) Inc., Neal Leonard, Gerard Mattia, Todd White and Jon Voigtman*

EGAN, FLANAGAN AND COHEN, P.C.

By:  */s/ Edward J. McDonough Jr.*
   Edward J. McDonough Jr. (BBO 331590)
   Stephen E. Spelman (BBO 632089)
   Egan, Flanagan and Cohen, P.C.
   67 Market Street, P.O. Box 9035
   Springfield, Massachusetts  01102
   Telephone:  (413) 737-0260
   Fax:  (413) 737-0121
ejm@efclaw.com; ses@efclaw.com

Of counsel:

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Philippe Z. Selendy (admitted *pro hac*)
Jennifer J. Barrett (admitted *pro hac*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Fax (212) 849-7100

A. William Urquhart (admitted *pro hac*)
Harry A. Olivar, Jr. (admitted *pro hac*)
Molly Stephens (admitted *pro hac*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax (213) 443-3100

11

**CERTIFICATE OF SERVICE**

       I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 8th day of February, 2013.

                                              */s/ Jonathan Sablone*
                                                Jonathan Sablone