**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>DB STRUCTURED PRODUCTS, INC., et al.,<br><br>        Defendants. | Civil Action No. 3:11-30039-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), et al.,<br><br>        Defendants. | Civil Action No. 3:11-30044-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>DLJ MORTGAGE CAPITAL, INC., et al.,<br><br>        Defendants. | Civil Action No. 3:11-30047-MAP-KPN |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al.,<br><br>        Defendants. | Civil Action No. 3:11-30048-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>        Defendants. | Civil Action No. 3:11-30094-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY, et al.,<br><br>        Defendants. | Civil Action No. 3:11-30126-MAP-KPN |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>IMPAC FUNDING CORPORATION, et al.,<br><br>        Defendants. | Civil Action No. 3:11-30127-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, et al.,<br><br>        Defendants. | Civil Action No. 3:11-30141-MAP-KPN |

**JOINT MOTION FOR APPROVAL OF STIPULATION AND [PROPOSED] ORDER EXPANDING LIMITS ON WRITTEN DISCOVERY**

This matter comes before the Court by Stipulation of Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") and Defendants in the above-captioned actions (collectively, "Defendants") for the entry of an Order, pursuant to Federal Rule of Civil Procedure 26(b)(2)(A) and Rule 26.1(c) of the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules"), expanding the limits for interrogatories and requests for admission set forth in the Federal Rules of Civil Procedure and the Local Rules. MassMutual and Defendants having stipulated and agreed to the terms set forth herein by and among their respective counsel, and good cause having been shown, including during the December 4, 2012 Scheduling Conference held before this Court,

IT IS hereby STIPULATED AND AGREED as follows, subject to the approval of the Court:

1. **Interrogatories:** In each of the eight above-captioned cases, the parties on each side will be permitted to serve fifty (50) joint interrogatories to the party or parties on the opposing side, and each party will further be permitted to serve twenty (20) additional interrogatories per opposing party to address matters unique to the particular party;

2. **Requests for Admission:** In each of the eight above-captioned cases, each party will be permitted to serve twenty-five (25) requests for admission per opposing party, with requests for admission as to the authenticity of documents not counting against the total limit of twenty-five (25).

IT IS SO ORDERED.

Dated: _____, 2013

_____
Kenneth P. Neiman
U.S. Magistrate Judge

1

Dated: February 28, 2013  Respectfully Submitted,

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY

By: */s/ Edward J. McDonough Jr.*
Edward J. McDonough Jr. (BBO 331590)
Stephen E. Spelman (BBO 632089)
Egan, Flanagan and Cohen, P.C.
67 Market Street, P.O. Box 9035
Springfield, Massachusetts 01102
Telephone: (413) 737-0260
Fax: (413) 737-0121
ejm@efclaw.com; ses@efclaw.com

Of counsel:

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Philippe Z. Selendy (admitted *pro hac vice*)
Jennifer J. Barrett (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Fax (212) 849-7100

A. William Urquhart (admitted *pro hac vice*)
Harry A. Olivar, Jr. (admitted *pro hac vice*)
Molly Stephens (admitted *pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax (213) 443-3100

By  */s/ Kathy B. Weinman*
   Kathy B. Weinman (BBO #541993)
   Azure Abuirmeileh (BBO #670325)
    COLLORA LLP
    100 High Street, 20th Floor
    Boston, Massachusetts 02110
    Telephone:  (617) 371-1000
    Fax:  (617) 371-1037
    kweinman@collorallp.com
    aabuirmeileh@collorallp.com

Of Counsel:

Thomas C. Rice (admitted *pro hac vice*)
David J. Woll (admitted *pro hac vice*)
Alan Turner (admitted *pro hac vice*)
  SIMPSON THACHER & BARTLETT LLP
  425 Lexington Avenue
  New York, New York 10017
  Telephone:  (212) 455-2000
  Fax:  (212) 455-2502
  trice@stblaw.com
  dwoll@stblaw.com
  aturner@stblaw.com

*Counsel for Defendants Deutsche Bank Securities Inc., Anilesh Ahuja, Michael Commaroto, Richard D'Albert and Richard Ferguson*

*Counsel for Defendants RBS Securities Inc., Joseph N. Walsh III, Robert J. McGinnis, Carol P. Mathis and James M. Esposito*

*Counsel for Defendants UBS Securities LLC and Per Dyrvik*

By  */s/ Jonathan Sablone*
   Jonathan Sablone (BBO #632998)
   Matthew T. McLaughlin (BBO #660878)
     NIXON PEABODY LLP
     100 Summer Street
     Boston, Massachusetts 02110
     Telephone:  (617) 345-1342
     Fax:   (866) 947-1729
     jsablone@nixonpeabody.com
     mmclaughlin@nixonpeabody.com

   Of Counsel:

   Richard W. Clary (admitted *pro hac vice*)
   Julie A. North (admitted *pro hac vice*)
   Richard J. Stark (admitted *pro hac vice*)
   Michael T. Reynolds (admitted *pro hac vice*)
   Lauren A. Moskowitz (admitted *pro hac vice*)
     CRAVATH, SWAINE & MOORE LLP
     825 Eighth Avenue
     New York, New York 10019
     Telephone:  (212) 474-1000
     Fax:  (212) 474-3700
     rclary@cravath.com
     jnorth@cravath.com
     rstark@cravath.com
     mreynolds@cravath.com
     lmoskowitz@cravath.com

   *Counsel for Defendants Credit Suisse Securities
   (USA) LLC and Jeffrey A. Altabef*

4

By   */s/ Jeffrey L. McCormick*
   Jeffrey L. McCormick (BBO #329740)
    ROBINSON DONOVAN, P.C.
    1500 Main Street, Suite 1600
    Springfield, Massachusetts 01115
    Telephone: (413) 732-2301
    Fax: (413) 785-4658
    jmccormick@robinsondonovan.com

*Counsel for Defendants J.P. Morgan Securities LLC, WaMu Capital Corporation, Joseph T. Jurkowski, Jr., David M. Duzyk, Louis Schioppo, Jr., William A. King, Thomas F. Marano, Michael B. Nierenberg, Jeffrey L. Verschleiser, David Beck, Diane Novak, and Samuel L. Molinaro, Jr.*

Of Counsel:

Robert H. Baron (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
J. Wesley Earnhardt (admitted *pro hac vice*)
  CRAVATH, SWAINE & MOORE LLP
  825 Eighth Avenue
  New York, NY 10019
  Telephone: (212) 474-1000
  Fax: (212) 474-3700
  rbaron@cravath.com
  kdemasi@cravath.com
  wearnhardt@cravath.com

*Counsel for Defendants J.P. Morgan Securities LLC, WaMu Capital Corporation, Joseph T. Jurkowski, Jr., David M. Duzyk, Louis Schioppo, Jr., and William A. King*

Of Counsel:

Joel C. Haims (admitted *pro hac vice*)
LaShann M. DeArcy (admitted *pro hac vice*)
  MORRISON & FOERSTER LLP
  1290 Avenue of the Americas
  New York, New York 10104
  Telephone: (212) 468-8000
  Fax: (212) 468-7900
  jhaims@mofo.com
  ldearcy@mofo.com

*Counsel for Defendants Thomas F. Marano and Michael B. Nierenberg*

Of Counsel:

Dani R. James (admitted *pro hac vice*)
Jade A. Burns (admitted *pro hac vice*)
  KRAMER LEVIN NAFTALIS & FRANKEL LLP
  1177 Avenue of the Americas
  New York, NY 10036
  Telephone: (212) 715-9100
  Fax: (212) 715-8000
  djames@kramerlevin.com
  jburns@kramerlevin.com

*Counsel for Defendant Jeffrey L. Verschleiser*

Of Counsel:

Theresa Trzaskoma (admitted *pro hac vice*)
David Elbaum (admitted *pro hac vice*)
  BRUNE & RICHARD LLP
  One Battery Park Plaza
  New York, NY 10004
  Telephone (212) 668-1900
  Fax: (212) 668-0315
  ttrzaskoma@bruneandrichard.com
  delbaum@bruneandrichard.com

*Counsel for Defendants David Beck and Diane Novak*

Of Counsel:

Pamela Rogers Chepiga (admitted *pro hac vice*)
Josephine A. Cheatham (admitted *pro hac vice*)
  ALLEN & OVERY LLP
  1221 Avenue of the Americas
  New York, New York 10020
  Telephone:  (212) 756-1125
  pamela.chepiga@allenovery.com
  allie.cheatham@allenovery.com

*Counsel for Defendant Samuel L. Molinaro, Jr.*


By   */s/ Philip A. O'Connell, Jr.*
  Philip A. O'Connell, Jr. (BBO #649343)
  SNR DENTON US LLP
  101 Federal Street, Suite 2750
  Boston, Massachusetts 02110
  Telephone:  (617) 235-6802
  Fax:  (617) 235-6899
  philip.oconnelljr@snrdenton.com

Of Counsel:

Sandra D. Hauser (admitted *pro hac vice*)
Patrick E. Fitzmaurice (admitted *pro hac vice*)
  SNR DENTON US LLP
  1221 Avenue of the Americas
  New York, New York 10020
  Telephone:  (212) 768-6700
  Fax:  (212) 768-6800
  sandra.hauser@snrdenton.com
  patrick.fitzmaurice@snrdenton.com

*Counsel for Defendant Matthew E. Perkins*

By  */s/ Michael Pastore*
Michael Pastore (BBO #669692)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA  02110
Telephone:  (617) 310-6000
Fax:  (617) 310-6001
pastorem@gtlaw.com

Of Counsel:

Richard A. Edlin (admitted *pro hac vice*)
Ronald D. Lefton (admitted *pro hac vice*)
Candace Camarata (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY  10166
Telephone: (212) 801-9200
Fax: (212)801-6400
edlinr@gtlaw.com
leftonr@gtlaw.com
camaratac@gtlaw.com

*Counsel for Defendant Jeffrey Mayer*

By   */s/ Mark A. Berthiaume*
   Mark A. Berthiaume (BBO #041715)
    GREENBERG TRAURIG, LLP
    One International Place
    Boston, Massachusetts 02110
    Telephone:  (617) 310-6007
    Fax:  (617) 310-6001
    berthiaumem@gtlaw.com

Of Counsel:

Richard H. Klapper (admitted *pro hac vice*)
David M.J. Rein (admitted *pro hac vice*)
  SULLIVAN & CROMWELL LLP
  125 Broad Street
  New York, NY 10004-2498
  Telephone:  (212) 558-4000
  Fax:  (212) 558-3588
  klapperr@sullcrom.com
  reind@sullcrom.com

*Counsel for Defendant Goldman, Sachs & Co.*

By   */s/ Gary R. Greenberg*
    Gary R. Greenberg (BBO #209420)
      GREENBERG TRAURIG, LLP
      One International Place
      Boston, MA 02110
      Telephone: (617) 310-6000
      Fax: (617) 310-6001
      greenbergg@gtlaw.com

    Of Counsel:

    Joseph J. Frank (admitted *pro hac vice*)
    Steven J. Fink (admitted *pro hac vice*)
    Matthew L. Craner (admitted *pro hac vice*)
    Charles J. Ha (admitted *pro hac vice*)
      ORRICK HERRINGTON & SUTCLIFFE LLP
      51 W. 52nd Street
      New York, NY 10019
      Telephone: (212) 506-5000
      Fax: (212) 506-5151
      jfrank@orrick.com
      sfink@orrick.com
      mcraner@orrick.com
      charlesha@orrick.com

    *Counsel for Defendant Barclays Capital Inc.*

By   */s/ Joseph F. Ryan*
    Joseph F. Ryan (BBO #435720)
      LYNE, WOODWORTH & EVARTS LLP
      12 Post Office Square
      Boston, Massachusetts 02109
      Telephone: (617) 523-6655
      Fax: (617) 248-9877
      JRyan@lwelaw.com

    Of Counsel:

    John M. Conlon (admitted *pro hac vice*)
      MAYER BROWN LLP
      1675 Broadway
      New York, New York 10019-5820
      Telephone: (212) 506-2500
      Fax: (212) 262-1910
      jconlon@mayerbrown.com

Damien J. Marshall (admitted *pro hac vice*)
Andrew Z. Michaelson (admitted *pro hac vice*)
  BOIES, SCHILLER & FLEXNER LLP
  575 Lexington Avenue, 7th Floor
  New York, New York 10022
  Tel: (212) 446-2300
  Fax: (212) 446-2350
  dmarshall@bsfllp.com
  amichaelson@bsfllp.com

Jonathan M. Shaw (admitted *pro hac vice*)
  BOIES, SCHILLER & FLEXNER LLP
  5301 Wisconsin Avenue, N.W.
  Washington, DC 20015
  Tel: (212) 237-2727
  Fax: (212) 237-6131
  jshaw@bsfllp.com

Edward J. Normand (admitted *pro hac vice*)
  BOIES, SCHILLER & FLEXNER LLP
  333 Main Street
  Armonk, NY 10504
  Tel: (914) 749-8200
  Fax: (914) 749-8300
  enormand@bsfllp.com

*Counsel for Defendants HSBC Securities (USA) Inc., Neal Leonard, Gerard Mattia, Todd White and Jon Voigtman*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 28th day of February, 2013.

                                  */s/ Edward J. McDonough Jr.*
                                  _____
                                  Edward J. McDonough Jr., Esq.