UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DLJ MORTGAGE CAPITAL, INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE SECURITIES (USA) LLC (F/K/A CREDIT SUISSE FIRST BOSTON LLC); ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; and THOMAS ZINGALLI,<br><br>Defendants. | ) ) ) ) ) ) ) C.A. No. 3:11-cv-30047-MAP ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the plaintiff Massachusetts Mutual Life Insurance Company in the above-captioned matter.

                                                THE PLAINTIFF,
                                                By Its Attorneys


                                                */s/ John J. Egan*
                                                John J. Egan, BBO #151680
                                                Egan, Flanagan and Cohen, P.C.
                                                67 Market Street, P.O. Box 9035
                                                Springfield, MA 01102-9035
                                                (413) 737-0260; Fax (413) 737-0121
                                                Email: jje@efclaw.com

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies of this document will be mailed, first-class mail, postage prepaid, to non-registered participants on March 7, 2013.

                                        */s/ John J. Egan*
                                        John J. Egan