# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

—————————————————————— )
)
MASSACHUSETTS MUTUAL LIFE INSURANCE )   Civil Action No. 3:11-30039-MAP
COMPANY, )
)
Plaintiff, )
)
v. )
)
DB STRUCTURED PRODUCTS, INC., et al. )
)
Defendants. )
—————————————————————— )
)
MASSACHUSETTS  MUTUAL  LIFE  INSURANCE )   Civil Action No. 3:11-30044-MAP
COMPANY, )
)
Plaintiff, )
)
v. )
)
RBS    FINANCIAL    PRODUCTS    INC.    (F/K/A )
GREENWICH  CAPITAL  FINANCIAL  PRODUCTS )
INC.), et al. )
)
Defendants. )
—————————————————————— )
)
MASSACHUSETTS  MUTUAL  LIFE  INSURANCE )   Civil Action No. 3:11-30047-MAP
COMPANY, )
)
Plaintiff, )
)
v. )
)
DLJ MORTGAGE CAPITAL, INC., et al., )
)
Defendants. )
)
——————————————————————

_____ )

MASSACHUSETTS MUTUAL LIFE INSURANCE )   Civil Action No. 3:11-30048-MAP
COMPANY, )
)
                            Plaintiff, )
)
              v. )
)
CREDIT SUISSE FIRST BOSTON MORTGAGE )
SECURITIES CORP., et al., )
)
                            Defendants. )
_____ )
)
MASSACHUSETTS  MUTUAL  LIFE  INSURANCE )   Civil Action No. 3:11-30094-MAP
COMPANY, )
)
                            Plaintiff, )
)
              v. )
)
JPMORGAN CHASE BANK, N.A., et al., )
)
                            Defendants. )
_____ )
)
MASSACHUSETTS  MUTUAL  LIFE  INSURANCE )   Civil Action No. 3:11-30126-MAP
COMPANY, )
)
                            Plaintiff, )
)
              v. )
)
GOLDMAN SACHS MORTGAGE COMPANY, et al., )
)
                            Defendants. )
_____ )

<table>
<tr><td>——————————————————————</td><td>)</td><td></td></tr>
<tr><td>MASSACHUSETTS MUTUAL LIFE INSURANCE<br>COMPANY,</td><td>)<br>)<br>)</td><td>Civil Action No. 3:11-30127-MAP</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td style="text-align:center">Plaintiff,</td><td>)<br>)</td><td></td></tr>
<tr><td style="text-align:center">v.</td><td>)<br>)</td><td></td></tr>
<tr><td>IMPAC FUNDING CORPORATION, et al.,</td><td>)<br>)</td><td></td></tr>
<tr><td style="text-align:center">Defendants.</td><td>)<br>)</td><td></td></tr>
<tr><td>——————————————————————</td><td>)</td><td></td></tr>
<tr><td>MASSACHUSETTS MUTUAL LIFE INSURANCE<br>COMPANY,</td><td>)<br>)<br>)</td><td>Civil Action No. 3:11-30141-MAP</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td style="text-align:center">Plaintiff,</td><td>)<br>)</td><td></td></tr>
<tr><td style="text-align:center">v.</td><td>)<br>)</td><td></td></tr>
<tr><td>HSBC BANK USA, NATIONAL ASSOCIATION, et<br>al.,</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td style="text-align:center">Defendants.</td><td>)<br>)</td><td></td></tr>
<tr><td>——————————————————————</td><td>)</td><td></td></tr>
<tr><td>MASSACHUSETTS MUTUAL LIFE INSURANCE<br>COMPANY,</td><td>)<br>)<br>)</td><td>Civil Action No. 3:11-30215-MAP</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td style="text-align:center">Plaintiff,</td><td>)<br>)</td><td></td></tr>
<tr><td style="text-align:center">v.</td><td>)<br>)</td><td></td></tr>
<tr><td>COUNTRYWIDE FINANCIAL CORPORATION, et<br>al.,</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td style="text-align:center">Defendants.</td><td>)<br>)</td><td></td></tr>
<tr><td>——————————————————————</td><td>)</td><td></td></tr>
</table>

|  |  |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) )  Civil Action No. 3:11-30285-MAP |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT MOTION FOR APPROVAL OF STIPULATION AND [PROPOSED] ORDER AMENDING THE EXPERT DISCOVERY SCHEDULE**

WHEREAS, pursuant to the March 5, 2013 Order in 3:11-cv-30039 (Dkt. No. 117), 3:11-cv-30044 (Dkt. No. 101), 3:11-cv-30047 (Dkt. No. 112), 3:11-cv-30048 (Dkt. No. 136), 3:11-cv-30094 (Dkt. No. 173), 3:11-cv-30126 (Dkt. No. 162) , 3:11-cv-30127 (Dkt. No. 89), 3:11-cv-30141 (Dkt. No. 95), the March 28, 2013 Order in No. 3:11-cv-30285 (Dkt. No. 141), and the April 10, 2013 Order in No. 3:11-cv-30215 (Dkt. No. 145) (collectively, the "Expert Scheduling Orders"), Plaintiff on April 12, 2013 designated and disclosed information concerning its sampling expert, Dr. Charles Cowan;

WHEREAS, the Expert Scheduling Orders permit Defendants to take Dr. Cowan's deposition and file their *Daubert* motion no later than May 21, 2013;

WHEREAS, Defendants noticed the deposition of Dr. Cowan, but counsel for the parties have been unable to identify a date on which participating counsel and the witness are available for the deposition prior to May 21, 2013;

WHEREAS, the parties have scheduled Dr. Cowan's deposition for May 21, 2013, and have agreed to minor adjustments to the Expert Scheduling Orders to allow Defendants time to finalize their *Daubert* motion following completion of the deposition;

1

WHEREAS, the scheduling adjustments do not alter the date by which all briefing on Defendants' *Daubert* motion will be completed (which remains July 2, 2013), or the date that the Court has set for a hearing on the motion (which remains July 11, 2013);

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between MassMutual and Defendants, through their undersigned counsel, subject to approval of the Court, that the Expert Scheduling Orders be amended as follows:

i.   Defendants, if they wish, may take Plaintiff's expert's deposition and file their *Daubert* motion challenging Plaintiff's expert no later than May 24, 2013.  By said date, Defendants also shall designate and disclose information regarding their sampling expert, if any, in accord with Fed. R. Civ. P. 26(a)(2).

ii.  Plaintiff, if it wishes, may take Defendant's expert's deposition and file its opposition to Defendants' *Daubert* motion by June 20, 2013, to which Defendants may reply by July 2, 2013.

IT IS SO ORDERED.

Dated: _____, 2013     _____

Michael A. Ponsor
United States District Judge

Dated: May 9, 2013

By:     /s/ Kathy B. Weinman
Kathy B. Weinman (BBO #541993)
Azure Abuirmeileh (BBO #670325)

COLLORA LLP
100 High Street, 20th Floor
Boston, Massachusetts 02110
Telephone: (617) 371-1000
Fax: (617) 371-1037
kweinman@collorallp.com
aabuirmeileh@collorallp.com

Of Counsel:

Thomas C. Rice (admitted *pro hac vice*)
David J. Woll (admitted *pro hac vice*)
Alan Turner (admitted *pro hac vice*)

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502
trice@stblaw.com
dwoll@stblaw.com
aturner@stblaw.com

*Counsel for Defendants Deutsche Bank Securities Inc., Anilesh Ahuja, Michael Commaroto, Richard D'Albert and Richard Ferguson*

*Counsel for Defendants RBS Securities Inc., Joseph N. Walsh III, Robert J. McGinnis, Carol P. Mathis and James M. Esposito*

*Counsel for Defendants UBS Securities LLC and Per Dyrvik*

By:    */s/ Jeffrey L. McCormick*
    Jeffrey L. McCormick (BBO #329740)
    ROBINSON DONOVAN, P.C.
    1500 Main Street, Suite 1600
    Springfield, Massachusetts 01115
    Telephone: (413) 732-2301
    Fax: (413) 785-4658
    jmccormick@robinsondonovan.com

*Counsel for Defendants J.P. Morgan Securities LLC, WaMu Capital Corporation, Joseph T. Jurkowski, Jr., David M. Duzyk, Louis Schioppo, Jr., William A. King, Thomas F. Marano, Michael B. Nierenberg, Jeffrey L. Verschleiser, David Beck, Diane Novak, and Samuel L. Molinaro, Jr.*

    Of Counsel:

    Robert H. Baron (admitted *pro hac vice*)
    Daniel Slifkin (admitted *pro hac vice*)
    Karin A. DeMasi (admitted *pro hac vice*)
    J. Wesley Earnhardt (admitted *pro hac vice*)
        CRAVATH, SWAINE & MOORE LLP
        825 Eighth Avenue
        New York, NY 10019
        Telephone: (212) 474-1000
        Fax: (212) 474-3700
        rbaron@cravath.com
        dslifkin@cravath.com
        kdemasi@cravath.com
        wearnhardt@cravath.com

*Counsel for Defendants J.P. Morgan Securities LLC, WaMu Capital Corporation, Joseph T. Jurkowski, Jr., David M. Duzyk, Louis Schioppo, Jr., and William A. King.*

4

Of Counsel:

Joel C. Haims (admitted *pro hac vice*)
LaShann M. DeArcy (admitted *pro hac vice*)
    MORRISON & FOERSTER LLP
    1290 Avenue of the Americas
    New York, New York 10104
    Telephone: (212) 468-8000
    Fax: (212) 468-7900
    jhaims@mofo.com
    ldearcy@mofo.com

*Counsel for Defendants Thomas F. Marano and Michael B. Nierenberg*


Of Counsel:

Dani R. James (admitted *pro hac vice*)
Jade A. Burns (admitted *pro hac vice*)
    KRAMER LEVIN NAFTALIS & FRANKEL LLP
    1177 Avenue of the Americas
    New York, NY 10036
    Telephone: (212) 715-9100
    Fax: (212) 715-8000
    djames@kramerlevin.com
    jburns@kramerlevin.com

*Counsel for Defendant Jeffrey L. Verschleiser*


Of Counsel:

Theresa Trzaskoma (admitted *pro hac vice*)
David Elbaum (admitted *pro hac vice*)
    BRUNE & RICHARD LLP
    One Battery Park Plaza
    New York, NY 10004
    Telephone (212) 668-1900
    Fax: (212) 668-0315
    ttrzaskoma@bruneandrichard.com
    delbaum@bruneandrichard.com

*Counsel for Defendants David Beck and Diane Novak*

Of Counsel:

Pamela Rogers Chepiga (admitted *pro hac vice*)
Josephine A. Cheatham (admitted *pro hac vice*)
    ALLEN & OVERY LLP
    1221 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 765-1125
    pamela.chepiga@allenovery.com
    allie.cheatham@allenovery.com

*Counsel for Defendant Samuel L. Molinaro, Jr.*

By: ___*/s/ Philip A. O'Connell, Jr.*___

Philip A. O'Connell, Jr. (BBO #649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, Massachusetts 02110
Telephone: (617) 235-6802
Fax: (617) 235-6899
philip.oconnelljr@snrdenton.com

Of Counsel:

Sandra D. Hauser (admitted *pro hac vice*)
Patrick E. Fitzmaurice (admitted *pro hac vice*)
SNR DENTON US LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Fax: (212) 768-6800
sandra.hauser@snrdenton.com
patrick.fitzmaurice@snrdenton.com

*Counsel for Defendant Matthew E. Perkins*

7

By: ___*/s/ Michael Pastore*___
    Michael Pastore (BBO #669692)
        GREENBERG TRAURIG, LLP
        One International Place
        Boston, MA 02110
        Telephone: (617) 310-6000
        Fax: (617) 310-6001
        pastorem@gtlaw.com

Of Counsel:

Richard A. Edlin (admitted *pro hac vice*)
Ronald D. Lefton (admitted *pro hac vice*)
Candace Camarata (admitted *pro hac vice*)
        GREENBERG TRAURIG, LLP
        200 Park Avenue
        New York, NY 10166
        Telephone: (212) 801-9200
        Fax: (212)801-6400
        edlinr@gtlaw.com
        leftonr@gtlaw.com
        camaratac@gtlaw.com

*Counsel for Defendant Jeffrey Mayer*

By:    */s/ Jonathan Sablone*
      Jonathan Sablone (BBO #632998)
      Matthew T. McLaughlin (BBO #660878)
        100 Summer Street
        Boston, Massachusetts 02110
        Telephone: (617) 345-1342
        Fax: (866) 947-1729
        jsablone@nixonpeabody.com
        mmclaughlin@nixonpeabody.com

Of Counsel:

Richard W. Clary (admitted *pro hac vice*)
Julie A. North (admitted *pro hac vice*)
Richard J. Stark (admitted *pro hac vice*)
Michael T. Reynolds (admitted *pro hac vice*)
Lauren A. Moskowitz (admitted *pro hac vice*)
    CRAVATH, SWAINE & MOORE LLP
    825 Eighth Avenue
    New York, New York 10019
    Telephone: (212) 474-1000
    Fax: (212) 474-3700
    rclary@cravath.com
    jnorth@cravath.com
    rstark@cravath.com
    mreynolds@cravath.com
    lmoskowitz@cravath.com

*Counsel for Defendants Credit Suisse Securities (USA) LLC and Jeffrey A. Altabef*

By:    */s/ Mark A. Berthiaume*
    Mark A. Berthiaume (BBO #041715)
        GREENBERG TRAURIG, LLP
        One International Place
        Boston, Massachusetts 02110
        Telephone: (617) 310-6007
        Fax: (617) 310-6001
        berthiaumem@gtlaw.com

    Of Counsel:

    Richard H. Klapper (admitted *pro hac vice*)
    David M.J. Rein (admitted *pro hac vice*)
        125 Broad Street
        New York, NY 10004-2498
        Telephone: (212) 558-4000
        Fax: (212) 558-3588
        klapperr@sullcrom.com
        reind@sullcrom.com

    *Counsel for Defendant Goldman, Sachs & Co.*

By:   */s/ Gary R. Greenberg*

Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Telephone: (617) 310-6000
Fax: (617) 310-6001
greenbergg@gtlaw.com

Of Counsel:

Joseph J. Frank (admitted *pro hac vice*)
Steven J. Fink (admitted *pro hac vice*)
Matthew L. Craner (admitted *pro hac vice*)
Charles J. Ha (admitted *pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Fax: (212) 506-5151
jfrank@orrick.com
sfink@orrick.com
mcraner@orrick.com
charlesha@orrick.com

*Counsel for Defendant Barclays Capital Inc.*

By:   */s/ Joseph F. Ryan*
      Joseph F. Ryan (BBO #435720)
         LYNE, WOODWORTH & EVARTS LLP
         12 Post Office Square
         Boston, Massachusetts 02109
         Telephone: (617) 523-6655
         Fax: (617) 248-9877
         JRyan@lwelaw.com

Of Counsel:

John M. Conlon (admitted *pro hac vice*)
Michael O. Ware (admitted *pro hac vice*)
Allison J. Zolot (admitted *pro hac vice*)
         MAYER BROWN LLP
         1675 Broadway
         New York, New York 10019-5820
         Telephone: (212) 506-2500
         Fax: (212) 262-1910
         jconlon@mayerbrown.com
         mware@mayerbrown.com
         azolot@mayerbrown.com

Damien J. Marshall (admitted *pro hac vice*)
Andrew Z. Michaelson (admitted *pro hac vice*)
         BOIES, SCHILLER & FLEXNER LLP
         575 Lexington Avenue, 7th Floor
         New York, New York 10022
         Tel: (212) 446-2300
         Fax: (212) 446-2350
         dmarshall@bsfllp.com
         amichaelson@bsfllp.com

Jonathan M. Shaw (admitted *pro hac vice*)
         BOIES, SCHILLER & FLEXNER LLP
         5301 Wisconsin Avenue, N.W.
         Washington, DC 20015
         Tel: (212) 237-2727
         Fax: (212) 237-6131
         jshaw@bsfllp.com

Edward J. Normand (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749-8300
enormand@bsfllp.com

*Counsel for Defendants HSBC Securities (USA)*
*Inc., Neal Leonard, Gerard Mattia, Todd White and*
*Jon Voigtman*

By:   */s/ Andrea J. Robinson*

Jeffrey B. Rudman (BBO #433380)
Andrea J. Robinson (BBO #556337)
Adam J. Hornstine (BBO #666296)
Nolan Mitchell (BBO # 668145)
Darren Griffis (BBO #675627)
Harriet Hoder (BBO # 679416)
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000
jeffrey.rudman@wilmerhale.com
andrea.robinson@wilmerhale.com
adam.hornstine@wilmerhale.com
nolan.mitchell@wilmerhale.com
darren.griffis@wilmerhale.com
harriet.hoder@wilmerhale.com

*Counsel for Banc of America Securities LLC,*
*Merrill Lynch,  Pierce, Fenner & Smith Inc.,*
*George G. Ellison, and Mark I. Ryan*

14

EGAN, FLANAGAN AND COHEN, P.C.

By: */s/ Edward J. McDonough Jr.*
      Edward J. McDonough Jr. (BBO 331590)
      Stephen E. Spelman (BBO 632089)
      Egan, Flanagan and Cohen, P.C.
        67 Market Street, P.O. Box 9035
        Springfield, Massachusetts 01102
        Telephone: (413) 737-0260
        Fax: (413) 737-0121
        ejm@efclaw.com; ses@efclaw.com

Of counsel:

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Philippe Z. Selendy (admitted *pro hac*)
Jennifer J. Barrett (admitted *pro hac*)
        51 Madison Avenue, 22nd Floor
        New York, NY 10010
        (212) 849-7000
        Fax (212) 849-7100

A. William Urquhart (admitted *pro hac*)
Harry A. Olivar, Jr. (admitted *pro hac*)
Molly Stephens (admitted *pro hac*)
        865 South Figueroa Street, 10th Floor
        Los Angeles, CA 90017
        (213) 443-3000
        Fax (213) 443-3100

*Counsel for Plaintiff Massachusetts Mutual Life*
*Insurance Company*

15

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 9th day of May, 2013.

*/s/ Jonathan Sablone*
Jonathan Sablone

16