# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:11-30039-MAP |
| Plaintiff, | ) ) ) | **Redacted Version** |
| v. | ) ) | **Complete Version Filed Under Seal** |
| DB STRUCTURED PRODUCTS, INC., et al. | ) ) | **Per Court Order Of May 24, 2013** |
| Defendants. | ) ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:11-30044-MAP |
| Plaintiff, | ) ) ) | **Redacted Version** |
| v. | ) ) | **Complete Version Filed Under Seal** |
| RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS INC.), et al. | ) ) ) ) | **Per Court Order Of May 24, 2013** |
| Defendants. | ) ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:11-30047-MAP |
| Plaintiff, | ) ) ) | **Redacted Version** |
| v. | ) ) | **Complete Version Filed Under Seal** |
| DLJ MORTGAGE CAPITAL, INC., et al., | ) ) | **Per Court Order Of May 24, 2013** |
| Defendants. | ) ) ) | |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>                  Plaintiff,<br><br>      v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al.,<br><br>                  Defendants. | Civil Action No. 3:11-30048-MAP<br><br>**Redacted Version**<br><br>**Complete Version Filed Under Seal Per Court Order Of May 24, 2013** |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>      v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>                  Defendants. | Civil Action No. 3:11-30094-MAP<br><br>**Redacted Version**<br><br>**Complete Version Filed Under Seal Per Court Order Of May 24, 2013** |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>      v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY, et al.,<br><br>                  Defendants. | Civil Action No. 3:11-30126-MAP<br><br>**Redacted Version**<br><br>**Complete Version Filed Under Seal Per Court Order Of May 24, 2013** |

| | | |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:11-30127-MAP |
| Plaintiff, | ) ) | **Redacted Version** |
| v. | ) ) | **Complete Version Filed Under Seal Per Court Order Of May 24, 2013** |
| IMPAC FUNDING CORPORATION, et al., | ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:11-30141-MAP |
| Plaintiff, | ) ) | **Redacted Version** |
| v. | ) ) | **Complete Version Filed Under Seal Per Court Order Of May 24, 2013** |
| HSBC BANK USA, NATIONAL ASSOCIATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:11-30215-MAP |
| Plaintiff, | ) ) | **Redacted Version** |
| v. | ) ) | **Complete Version Filed Under Seal Per Court Order Of May 24, 2013** |
| COUNTRYWIDE FINANCIAL CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

|  |  |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | Civil Action No. 3:11-30285-MAP |
| Plaintiff, | **Redacted Version** |
| v. | **Complete Version Filed Under Seal Per Court Order Of May 24, 2013** |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC., et al., |  |
| Defendants. |  |

# DECLARATION OF ALAN C. TURNER, ESQ.

I, Alan C. Turner, Esq., make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1. I am a member of the law firm of Simpson Thacher & Bartlett LLP and have been admitted to this Court *pro hac vice*. I respectfully submit this Declaration in support of Defendants' Memorandum of Law In Support of Their *Daubert* Motion to Exclude the Opinions Expressed in the April 12, 2013 Report of Plaintiff's Expert, Charles D. Cowan, Ph.D., solely for the purpose of placing before the Court certain documents referenced in Defendants' Memorandum of Law. I am familiar with the facts and circumstances stated herein, based on my personal knowledge, the attached documents or a review of the files maintained by my firm.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Charles D. Cowan, Ph.D. Regarding the Selection of Statistically Valid Random Samples of Mortgage Loans for Ten Massachusetts Mutual Life Insurance Company Actions in the above-captioned actions, dated April 12, 2013 ("Cowan Report"), including Exhibits 1-5 to the Cowan Report. Exhibit 4 to the Cowan Report is a 688-page page document that is not referenced in Defendants' Memorandum of Law, so to avoid burdening the Court with

unnecessary papers, only the first eight pages of that document have been included.

3. Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the videotaped deposition of Charles D. Cowan, Ph.D., dated May 21, 2013 in the above-captioned actions.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Expert Report of Charles D. Cowan, Ph.D. in *FHFA v. JP Morgan Chase & Co.*, No. 11 Civ. 6188 (S.D.N.Y.) and other related actions, dated October 10, 2012 and filed October 11, 2012.

5. Attached hereto as Exhibit 4 is a true and correct copy of an Order entered in *Fed. Home Loan Bank of Chicago v. Banc of America Securities LLC*, No. 10-2-36526-5 SEA (Wash. Sup. Ct. Feb. 8, 2013).

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Prospectus Supplement (Form 424B5) for Bear Stearns Asset Backed Securities I Trust, Series 2007-HE3 Asset-Backed Certificates, dated March 29, 2007 (with highlighting added by Defendants' counsel). The Series 2007-HE3 Prospectus Supplement is referred to and incorporated by reference in the Amended Complaint in the 3:11-cv-30094 Action, and a full copy can be located at:

http://www.sec.gov/Archives/edgar/data/1392407/000088237707000983/d650730_424b5.htm.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the Prospectus Supplement (Form 424B5) for ACE Securities Corp. Home Equity Loan Trust, Series 2007-HE3 Asset-Backed Certificates, dated March 22, 2007 (with highlighting added by Defendants' counsel). The Series 2007-HE3 Prospectus Supplement is referred to and incorporated by reference in the 3:11-cv-30039 Action, and a full copy can be located at:

http://www.sec.gov/Archives/edgar/data/1393786/000114420407014330/v069262_424b5.htm.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the Prospectus Supplement (Form 424B5) for ACE Securities Corp. Home Equity Loan Trust, Series 2007-HE4 Asset-Backed Certificates, dated April 27, 2007 (with highlighting added by Defendants' counsel). The Series 2007-HE4 Prospectus Supplement is referred to and incorporated by reference in the Amended Complaint in the 3:11-cv-30039 Action, and a full copy can be located at:

http://www.sec.gov/Archives/edgar/data/1397220/000114420407021494/v073085_424b5.htm.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Prospectus Supplement (Form 424B5) for American Home Mortgage Assets Trust, Series 2006-1 Mortgage-Backed Pass-Through Certificates, dated May 24, 2006 (with highlighting added by Defendants' counsel). The Series 2006-1 Prospectus Supplement is referred to and incorporated by reference in the Complaint in the 3:11-cv-30126 Action, and a full copy can be located at:

http://www.sec.gov/Archives/edgar/data/1356674/000088237706001858/d507380_424b5.htm.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the Prospectus Supplement (Form 424B5) for Structured Asset Mortgage Investments II Trust, Series 2007-AR1 Mortgage Pass-Through Certificates, dated January 29, 2007 (with highlighting added by Defendants' counsel). The Series 2007-AR1 Prospectus Supplement is referred to and incorporated by reference in the Amended Complaint in the 3:11-cv-30094 Action, and a full copy can be located at:

http://www.sec.gov/Archives/edgar/data/1387819/000091142007000085/d238267977.txt.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Expert Report of Charles D. Cowan, Ph.D. in *Boilermakers Nat'l Annuity Trust Fund v. WAMU*

*Mortgage Pass-Through Certificates, Series AR5*, No. C09-0037-MJP (W.D. Wash.), dated March 2, 2012.

   12. Attached hereto as Exhibit 11 is a true and correct copy of the Affidavit of Dr. Charles D. Cowan In Further Support of Plaintiff's Motion *In Limine* Regarding Sampling in *MBIA Ins. Corp. v. Countrywide Home Loans, Inc.*, No. 08/602825 (N.Y. Sup. Ct.), dated July 26, 2010 and filed December 6, 2011, as obtained from the Court's public docket and including the original redactions therein.

   13. Attached hereto as Exhibit 12 is a true and correct copy of Freddie Mac's Quality Control Best Practices, dated October 2012.  A full copy can be located at: http://www.freddiemac.com/singlefamily/pdf/qc_practices.pdf.

   I declare under penalty of perjury that the foregoing is true and correct.


Dated: May 24, 2013
    New York, New York

                    /s/ Alan C. Turner
                    Alan C. Turner, Esq.

5

**<u>CERTIFICATION OF SERVICE</u>**

        I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 24th day of May, 2013.

                                                              */s/ Jonathan Sablone*
                                                                Jonathan Sablone