# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>DB STRUCTURED PRODUCTS, INC., et al.,<br><br>    Defendants. | Civil Action No. 3:11-30039-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), et al.,<br><br>    Defendants. | Civil Action No. 3:11-30044-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>DLJ MORTGAGE CAPITAL, INC., et al.,<br><br>    Defendants. | Civil Action No. 3:11-30047-MAP |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al.,<br><br>        Defendants. | Civil Action No. 3:11-30048-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>        Defendants. | Civil Action No. 3:11-30094-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY, et al.,<br><br>        Defendants. | Civil Action No. 3:11-30126-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>IMPAC FUNDING CORPORATION, et al.,<br><br>        Defendants. | Civil Action No. 3:11-30127-MAP |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 3:11-30141-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 3:11-30215-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; et al.<br><br>　　　　　　Defendants. | Civil Action No. 3:11-30285-MAP |

**DECLARATION OF MOLLY STEPHENS IN SUPPORT OF
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY'S
<u>OPPOSITION TO DEFENDANTS' *DAUBERT* MOTION</u>**

I, Molly Stephens, hereby state as follows:

1.     I am a Partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual").  I respectfully submit this declaration in support of MassMutual's Opposition to Defendants' *Daubert* Motion to Exclude the Opinions Expressed in the April 12, 2013 Report of Charles D. Cowan, Ph.D.  I make this declaration of personal, firsthand knowledge, and, if called and sworn as a witness, I could and would testify competently thereto.

2.     Attached hereto as Exhibit A is a true and correct copy of an excerpt of the transcript of the videotaped deposition of Arnold Barnett, Ph.D., dated June 11, 2013, in the above-captioned actions.

3.     Attached hereto as Exhibit B is a true and correct copy of an Order, dated August 28, 2012, entered in *Federal Housing Finance Agency v. UBS America Inc.*, No. 11-cv-05201 (DLC) (S.D.N.Y.).

4.     Attached hereto as Exhibit C is a true and correct copy of an Order, dated October 18, 2012, entered in *Federal Housing Finance Agency v. JPMorgan Chase & Co.*, No. 11-cv-6188 (DLC) (S.D.N.Y.) and other FHFA cases.

5.     Attached hereto as Exhibit D is a true and correct copy of the Supplemental Declaration of Arnold Barnett, Ph.D., dated November 16, 2012, filed in *Federal Housing Finance Agency v. JPMorgan Chase & Co.*, No. 11-cv-6188 (DLC) (S.D.N.Y.) and other FHFA cases.

6.     Attached hereto as Exhibit E is a true and correct copy of the synopsis of the 2009 FDA Managers Survey on Performance and Management Issues (GAO-10-280SP, February

2010), an E-supplement to GAO-10-279 (available at http://www.gao.gov/special.pubs/gao-10-280sp/).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 20th day of June, 2013, at Los Angeles, California.

                                                      _/s/ Molly Stephens_

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 20th day of June, 2013.

*/s/ John J. Egan*
_____