**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> RESIDENTIAL FUNDING COMPANY, LLC (F/K/A RESIDENTIAL FUNDING CORPORATION), et al., <br><br> Defendants. | Civil Action No. 3:11-30035-PBS |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> DB STRUCTURED PRODUCTS, INC., et al., <br><br> Defendants. | Civil Action No. 3:11-30039-PBS |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), et al., <br><br> Defendants. | Civil Action No. 3:11-30044-PBS |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> DLJ MORTGAGE CAPITAL, INC., et al., <br><br><br> Defendants. | Civil Action No. 3:11-30047-PBS |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al., <br><br><br> Defendants. | Civil Action No. 3:11-30048-PBS |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., et al., <br><br><br> Defendants. | Civil Action No. 3:11-30094-PBS |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> GOLDMAN SACHS MORTGAGE COMPANY, et al., <br><br><br> Defendants. | Civil Action No. 3:11-30126-PBS |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>IMPAC FUNDING CORPORATION, et al.,<br><br><br>　　　　　　Defendants. | Civil Action No. 3:11-30127-PBS |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, et al.,<br><br><br>　　　　　　Defendants. | Civil Action No. 3:11-30141-PBS |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br><br>　　　　　　Defendants. | Civil Action No. 3:11-30215-PBS |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., et al.<br><br><br>　　　　　　Defendants. | Civil Action No. 3:11-30285-PBS |

**DECLARATION OF HARRY A. OLIVAR, JR.
IN SUPPORT OF MASSMUTUAL'S POST-HEARING BRIEF REGARDING
DEFENDANTS' *DAUBERT* MOTION**

I, Harry A. Olivar, Jr., make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1. I am a Partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual"). I am admitted *pro hac vice* in the above-captioned action. I respectfully submit this declaration in support of MassMutual's Post-Hearing Brief Regarding Defendants' *Daubert* Motion. I make this declaration of personal, firsthand knowledge, and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the October 18, 2013 *Daubert* hearing in the above-captioned matters.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the Prospectus Supplement dated March 1, 2007 (to Prospectus dated April 18, 2006) for the ACE Securities Corporation, Home Equity Loan Trust, Series 2007-SL1 securitization used by Defendants at the hearing and included as Exhibit 7 in their Cross-Examination binder.

4. Attached hereto as Exhibit 3 is a true and correct copy of the article, "Substitution for Missing Units," by David W. Chapman presented at the 1982 Proceeding of the Survey of Research Methods Section, American Statistical Association.

5. Attached hereto as Exhibit 4 is a true and correct copy of the report "Notes on the Use of Substitution in Surveys," by Tom W. Smith, dated April 2007, distributed to members of the International Social Survey Programme (ISSP).

      6.      Attached hereto as Exhibit 5 is a true and correct copy of the article "Looking Closely at Survey Response Rates," by Frank Newport, Editor in Chief of The Gallup Poll, dated January 6, 2003.

      7.      Attached hereto as Exhibit 6 is a true and correct copy of the Washington Post article, "Bank of America is found liable for Countrywide fraud," dated October 23, 2013.

      8.      Attached hereto as Exhibit 7 is a true and correct copy of the Declaration of Charles D. Cowan, Ph.D., dated September 16, 2013, filed in *United States v. Countrywide Home Loans, Inc., et al.*, No. 12-cv-1422 (S.D.N.Y.).

      9.      Attached hereto as Exhibit 8 is a true and correct copy of excerpts from Technical Paper 66, "Design and Methodology, Current Population Survey," issued by the U.S. Census Bureau, dated October 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 1st Day of November, 2013, at Los Angeles, California.

                                        /s/ *Harry A. Olivar, Jr.*
                                        Harry A. Olivar, Jr.

**CERTIFICATE OF SERVICE**

     I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 1st day of November, 2013.

*/s/ Harry A. Olivar, Jr.*
_____
Harry A. Olivar, Jr.