# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br>  Plaintiff, <br> v. <br> COUNTRYWIDE FINANCIAL CORPORATION, et al., <br>  Defendants. | Civil Action No. 11-cv-30215-PBS |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br>  Plaintiff, <br> v. <br> MERRILL LYNCH, PIERCE, FENNER & SMITH INC., et al., <br>  Defendants. | Civil Action No. 11-cv-30285-PBS |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br>  Plaintiff, <br> v. <br> RESIDENTIAL FUNDING COMPANY, LLC (F/K/A RESIDENTIAL FUNDING CORPORATION), et al., <br>  Defendants. | Civil Action No. 11-cv-30035-PBS |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br>  Plaintiff, <br> v. <br> DB STRUCTURED PRODUCTS, INC., et al., <br>  Defendants. | Civil Action No. 11-cv-30039-PBS |

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

          Plaintiff,

    v.

RBS FINANCIAL PRODUCTS INC. (F/K/A
GREENWICH CAPITAL FINANCIAL
PRODUCTS, INC.), et al.,

          Defendants.

Civil Action No. 11-cv-30044-PBS

---

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

          Plaintiff,

    v.

DLJ MORTGAGE CAPITAL, INC., et al.,

          Defendants.

Civil Action No. 11-cv-30047-PBS

---

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

          Plaintiff,

    v.

CREDIT SUISSE FIRST BOSTON
MORTGAGE SECURITIES CORP., et al.,

          Defendants.

Civil Action No. 11-cv-30048-PBS

---

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

          Plaintiff,

    v.

JPMORGAN CHASE BANK, N.A., et al.,

          Defendants.

Civil Action No. 11-cv-30094-PBS

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

                    Plaintiff,

      v.

GOLDMAN SACHS MORTGAGE
COMPANY, et al.,

                    Defendants.

Civil Action No. 11-cv-30126-PBS

---

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

                    Plaintiff,

      v.

IMPAC FUNDING CORPORATION, et al.,

                    Defendants.

Civil Action No. 11-cv-30127-PBS

---

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

                    Plaintiff,

      v.

HSBC BANK USA, NATIONAL
ASSOCIATION, et al.,

                    Defendants.

Civil Action No. 11-cv-30141-PBS

---

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

                    Plaintiff,

      v.

RESIDENTIAL FUNDING CO., LLC (F/K/A
RESIDENTIAL FUNDING CORP., et al.

Civil Action No. 11-cv-30035-PBS

**DECLARATION OF MOLLY STEPHENS IN SUPPORT OF
MASSMUTUAL'S MOTION FOR A SUPPLEMENTAL PROTECTIVE ORDER
GOVERNING MATERIALS TO BE PRODUCED BY THIRD PARTIES
FDIC-RECEIVER AND ONEWEST BANK, FSB**

I, Molly Stephens, make this declaration pursuant to 28 U.S.C. § 1746.  I hereby state as follows:

1.      I am a Partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual").  I am admitted *pro hac vice* in the above-captioned actions (the "Actions").  I respectfully submit this declaration in support of MassMutual's Motion for a Supplemental Protective Order Governing Materials to Be Produced by Third Parties FDIC-Receiver and OneWest Bank, FSB.  I make this declaration of personal, firsthand knowledge, and, if called and sworn as a witness, I could and would testify competently thereto.

2.      The parties to the Actions have produced more than 47 million pages of documents, including loan files and other documents that contain nonpublic personal information.

3.      In response to MassMutual's subpoenas served in the Actions, over 200 third parties have produced millions of pages of documents, including tens of thousands of loan files containing nonpublic personal information.

4.      Attached hereto as Exhibit 1 is a true and correct copy of the December 21, 2012 Protective Order in *MassMutual v. DB Structured Prods., Inc.*, No. 11-30039 (D. Mass.), which was amended by Court order on May 30, 2013.

5.      Attached hereto as Exhibit 2 are true and correct copies of subpoenas issued December 28, 2012, and January 28, 2013 to OneWest Bank, FSB ("One West") by MassMutual.

6.      Attached hereto as Exhibit 3 is a true and correct copy of an email that OneWest's counsel, Emilia Morris, sent to Jennifer English, an attorney for MassMutual, on September 13, 2013.

7.      Attached hereto as Exhibit 4 are true and correct copies of subpoenas MassMutual served on the Federal Deposit Insurance Corporation,  as Receiver for former mortgage originators.

8.      Attached hereto as Exhibit 5 are true and correct copies of excerpts from the Prospectus Supplement for the DBALT 2006-AR5 securitization.

9.      Attached hereto as Exhibit 6 is a true and correct copy of an excerpt of the transcript of a December 17, 2012 hearing in the *FHFA Actions* that are currently pending in the Southern District of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 13th day of December, 2013, at Los Angeles, California.

                    /s/ Molly Stephens
                    Molly Stephens

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the FDIC-Receiver and OneWest on this 13th day of December, 2013.

*/s/ Molly Stephens*

_____

Molly Stephens