# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RESIDENTIAL FUNDING COMPANY, LLC, et al.,<br><br>Defendants. | Civil Action No. 3:11-30035-PBS |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DB STRUCTURED PRODUCTS, INC., et al.,<br><br>Defendants. | Civil Action No. 3:11-30039-PBS |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), et al.,<br><br>Defendants. | Civil Action No. 3:11-30044-PBS |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DLJ MORTGAGE CAPITAL, INC., et al.,<br><br>Defendants. | Civil Action No. 3:11-30047-PBS |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>            v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al.,<br><br>            Defendants. | Civil Action No. 3:11-30048-PBS |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>            v.<br><br>J.P. MORGAN SECURITIES LLC., et al.,<br><br>            Defendants. | Civil Action No. 3:11-30094-PBS |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>            v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY, et al.,<br><br>            Defendants. | Civil Action No. 3:11-30126-PBS |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>            v.<br><br>IMPAC FUNDING CORPORATION, et al.,<br><br>            Defendants. | Civil Action No. 3:11-30127-PBS |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>   v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, et al.,<br><br>    Defendants. | Civil Action No. 3:11-30141-PBS |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>   v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:11-30215-PBS |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>   v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., et al.,<br><br>    Defendants. | Civil Action No. 3:11-30285-PBS |

**DECLARATION OF MOLLY STEPHENS**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**
**ON DEFENDANTS' LOSS CAUSATION DEFENSE**

I, Molly Stephens, make this declaration pursuant to 28 U.S.C. § 1746.  I hereby state as follows:

1.	I am a Partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual").  I am admitted *pro hac vice* in the above-captioned actions.  I respectfully submit this declaration in support of MassMutual's Motion for Partial Summary Judgment on Defendant's Loss Causation Defense.  I make this declaration of personal, firsthand knowledge, and, if called and sworn as a witness, I could and would testify competently thereto.

2.	Attached hereto as Exhibit 1 is a true and correct copy of Defendants' Second Set of Joint Requests for the Production of Documents in *Mass. Mut. Life Ins. Co. v. J.P. Morgan Securities LLC, et al.*, Civ. A. No 11-30094-PBS (D. Mass.), dated August 23, 2013.

3.	Attached hereto as Exhibit 2 is a true and correct copy of Defendants' Notice of Fed. R. Civ. 30(b)(6) Deposition, dated March 31, 2014.

4.	Attached hereto as Exhibit 3 is a true and correct copy of a letter from Defendants to MassMutual in the *Mass. Mut. Life Ins. Co. v. DLJ Mortgage Capital, Inc., et al.*, Civ. A. No. 11-30047 (D. Mass.), and *Mass. Mut. Life Ins. Co. v. Credit Suisse First Boston Mortgage Sec. Corp., et al.*, Civ. A. No. 11-30048 (D. Mass.) actions, dated April 3, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 6th day of June, 2014, at Los Angeles, California.

/s/ Molly Stephens  
Molly Stephens

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 6th day of June, 2014.

      */s/ Molly Stephens*_____
      Molly Stephens