**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>      Plaintiff,<br>  v.<br>DLJ MORTGAGE CAPITAL, INC., et al.,<br>      Defendants. | Civil Action No. 11-cv-30047-MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>      Plaintiff,<br>  v.<br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al.,<br>      Defendants. | Civil Action No. 11-cv-30048-MGM |

**DECLARATION OF JAMES B. HEATON III IN SUPPORT OF MASSMUTUAL'S
MOTION TO EXCLUDE THE TESTIMONY OF ETHAN COHEN-COLE, PH.D.**

I, James B. Heaton III, make this declaration pursuant to 28 U.S.C. § 1746.  I hereby state as follows:

1. I am a Partner at the law firm of Bartlit Beck Herman Palenchar & Scott LLP, attorneys for Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual").  I am admitted *pro hac vice* in the above-captioned actions.  I respectfully submit this declaration in support of MassMutual's Motion to Exclude the Testimony of Ethan Cohen-Cole, Ph.D.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the October 5, 2016 Expert Report of Ethan Cohen-Cole, Ph.D.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the December 1, 2016 deposition of Ethan Cohen-Cole, Ph.D.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the November 28, 2006 CSAB 2006-4 Prospectus Supplement. This document was produced in these actions with beginning Bates number CSMM000211564.

5. Attached hereto as Exhibit 4 is a true and correct copy of Credit Suisse emails to credit rating agencies. These documents were produced in these actions with beginning Bates numbers CSMM000271139, CSMM000356058, CSMM000809657, CSMM000946564, and CSMM001571528.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of an October 20, 2005 document entitled "CSFB's Starter Kit for Non-Agency Residential Mortgage-Backed Securities."  This document was produced in these actions with beginning Bates number CSMM001099704.

2

7.  I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of February, 2017, at Chicago, Illinois

/s/ *James B. Heaton III*

3

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on this 28th day of February, 2017.

/s/   *James B. Heaton III*