**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>  v.<br><br>DLJ MORTGAGE CAPITAL, INC., et al.,<br><br>      Defendants. | Civil Action No. 11-cv-30047-MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>  v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al.,<br><br>      Defendants. | Civil Action No. 11-cv-30048-MGM |

**DECLARATION OF JOSHUA P. ACKERMAN IN SUPPORT OF MASSMUTUAL'S
MOTION FOR PARTIAL SUMMARY JUDGMENT ON CREDIT SUISSE'S STATUTE
OF LIMITATIONS AND STATUTE OF REPOSE DEFENSES**

I, Joshua P. Ackerman, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1.  I am an Associate at the law firm of Bartlit Beck Herman Palenchar & Scott LLP, attorneys for Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual"). I am admitted *pro hac vice* in the above-captioned actions. I respectfully submit this declaration in support of MassMutual's Motion for Partial Summary Judgment on Credit Suisse's Statute of Limitations and Statute of Repose Defenses. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.  Attached hereto as Exhibit 1 is a true and correct copy of trade tickets for the ARMT 2006-1 certificate CB2 bearing Bates numbers MM-047-0000001–2.

3.  Attached hereto as Exhibit 2 is a true and correct copy of a trade ticket for the CSAB 2006-1 certificate A3 bearing Bates number MM-047-0000009.

4.  Attached hereto as Exhibit 3 is a true and correct copy of a trade ticket for the CSAB 2006-2 certificate M1 bearing Bates number MM-047-0000020.

5.  Attached hereto as Exhibit 4 is a true and correct copy of a trade ticket for the CSAB 2006-2 certificate M5 bearing Bates number MM-047-0000021.

6.  Attached hereto as Exhibit 5 is a true and correct copy of a trade ticket for the CSAB 2006-3 certificate M5A bearing Bates number MM-047-0000010.

7.  Attached hereto as Exhibit 6 is a true and correct copy of trade tickets for the CSAB 2006-3 certificate M6 bearing Bates numbers MM-047-0000011–12.

8.  Attached hereto as Exhibit 7 is a true and correct copy of a trade ticket for the CSAB 2006-4 certificate M7 bearing Bates number MM-047-0237254.

9.  Attached hereto as Exhibit 8 is a true and correct copy of trade tickets for the ARMT 2007-1 certificate 5A32 bearing Bates numbers MM-047-0000003–6; MM-047-0000008.

10. Attached hereto as Exhibit 9 is a true and correct copy of trade tickets for the CSAB 2007-1 certificate 1M1 bearing Bates numbers MM-047-00000022–24.

11.     Attached hereto as Exhibit 10 is a true and correct copy of trade tickets for the CSAB 2007-1 certificate 1M2 bearing Bates numbers MM-047-0000026–28.

12.     Attached hereto as Exhibit 11 is a true and correct copy of a trade ticket for the CSMC 2007-1 certificate 1M4 bearing Bates number MM-047-0000013.

13.     Attached hereto as Exhibit 12 is a true and correct copy of a trade ticket for the CSMC 2007-1 certificate 1M5 bearing Bates number MM-047-0000014.

14.     Attached hereto as Exhibit 13 is a true and correct copy of trade tickets for the CSMC 2007-3 certificate 1M1 bearing Bates numbers MM0047-0000015–16.

15.     Attached hereto as Exhibit 14 is a true and correct copy of a trade ticket for the CSMC 2007-3 certificate 1M4 bearing Bates number MM-047-0000018.

16.     Attached hereto as Exhibit 15 is a true and correct copy of a trade ticket for the CSMC 2007-3 certificate 1M5 bearing Bates number MM-047-0000019.

17.     Attached hereto as Exhibit 16 is a true and correct copy of a trade ticket for the TBW 2006-4 certificate A3 bearing Bates number MM-048-0000001.

18.     Attached hereto as Exhibit 17 is a true and correct copy of a trade ticket for the TBW 2006-4 certificate M3 bearing Bates number MM-048-0000002.

19.     Attached hereto as Exhibit 18 is a true and correct copy of a trade ticket for the TBW 2007-2 certificate A3A bearing Bates number MM-048-0000008.

20.     Attached hereto as Exhibit 19 is a true and correct copy of trade tickets for the TBW 2007-2 certificate M1 bearing Bates numbers MM-048-0000009–11.

21.     Attached hereto as Exhibit 20 is a true and correct copy of excerpts from the July 12, 2006 CSAB 2006-1 Prospectus Supplement and April 26, 2006 Prospectus. This document was produced in these actions with beginning Bates number CSMM001148657.

22.     Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the January 6, 2006 Registration Statement. This document was produced in these actions with beginning Bates number EDGAR-CS-003710.

23. Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the May 1, 2006 CSAB 2006-1 Pooling and Servicing Agreement and exhibits. These documents were produced in these actions with beginning Bates numbers CSMM005494318 and CSMM001700318.

24. Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the February 27, 2006 ARMT 2006-1 Prospectus Supplement. This document was produced in these actions with beginning Bates number CSMM000523303.

25. Attached hereto as Exhibit 24 is a true and correct copy of excerpts from the September 28, 2006 CSAB 2006-2 Prospectus Supplement. This document was produced in these actions with beginning Bates number CSMM000303379.

26. Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the October 27, 2006 CSAB 2006-3 Prospectus Supplement. This document was produced in these actions with beginning Bates number CSMM000211564.

27. Attached hereto as Exhibit 26 is a true and correct copy of excerpts from the November 28, 2006 CSAB 2006-4 Prospectus Supplement. This document was produced in these actions with beginning Bates number CSMM000239140.

28. Attached hereto as Exhibit 27 is a true and correct copy of excerpts from the February 28, 2007 ARMT 2007-1 Prospectus Supplement. This document was produced in these actions with beginning Bates number CSMM004369848.

29. Attached hereto as Exhibit 28 is a true and correct copy of excerpts from the May 4, 2007 CSAB 2007-1 Prospectus Supplement. This document was produced in these actions with beginning Bates number CSMM002053365.

30. Attached hereto as Exhibit 29 is a true and correct copy of excerpts from the January 30, 2007 CSMC 2007-1 Prospectus Supplement. This document was produced in these actions with beginning Bates number CSMM000063250.

31. Attached hereto as Exhibit 30 is a true and correct copy of excerpts from the March 30, 2007 CSMC 2007-3 Prospectus Supplement. This document was produced in these actions with beginning Bates number CSMM004372111.

32. Attached hereto as Exhibit 31 is a true and correct copy of excerpts from the August 29, 2006 TBW 2006-4 Prospectus Supplement and Prospectus. This document was produced in these actions with beginning Bates number CSMM000057188.

33. Attached hereto as Exhibit 32 is a true and correct copy of excerpts from the May 29, 2007 TBW 2007-2 Prospectus Supplement and Prospectus. This document was produced in these actions with beginning Bates number CSMM000130732.

34. Attached hereto as Exhibit 33 is a true and correct copy of excerpts from an April 26, 2006 email from Marie-Louise Kirwan to Carlos Garza, copying Daniel Ezra, and attachments. This document was produced in these actions with Bates numbers CSMM000499875 through CSMM000499917.

35. Attached hereto as Exhibit 34 is a true and correct copy of excerpts from the February 26, 2007 ARMT 2006-1 Certificateholder Distribution Summary.

36. Attached hereto as Exhibit 35 is a true and correct copy of excerpts from the February 26, 2007 CSAB 2006-1 Certificateholder Distribution Summary.

37. Attached hereto as Exhibit 36 is a true and correct copy of excerpts from the February 26, 2007 CSAB 2006-2 Certificateholder Distribution Summary.

38. Attached hereto as Exhibit 37 is a true and correct copy of excerpts from the February 26, 2007 CSAB 2006-3 Certificateholder Distribution Summary.

39. Attached hereto as Exhibit 38 is a true and correct copy of excerpts from the February 26, 2007 CSAB 2006-4 Certificateholder Distribution Summary.

40. Attached hereto as Exhibit 39 is a true and correct copy of excerpts from the February 26, 2007 CSMC 2007-1 Certificateholder Distribution Summary.

41. Attached hereto as Exhibit 40 is a true and correct copy of excerpts from the February 26, 2007 TBW 2006-4 Certificateholder Distribution Summary.

42. Attached hereto as Exhibit 41 is a true and correct copy of an ARMT 2006-1 CB2 Credit Ratings History.

43. Attached hereto as Exhibit 42 is a true and correct copy of the CSAB 2006-1 A3 Credit Ratings History.

44. Attached hereto as Exhibit 43 is a true and correct copy of the CSAB 2006-2 M1 Credit Ratings History.

45. Attached hereto as Exhibit 44 is a true and correct copy of the CSAB 2006-2 M5 Credit Ratings History.

46. Attached hereto as Exhibit 45 is a true and correct copy of the CSAB 2006-3 M5A Credit Ratings History.

47. Attached hereto as Exhibit 46 is a true and correct copy of the CSAB 2006-3 M6 Credit Ratings History.

48. Attached hereto as Exhibit 47 is a true and correct copy of the CSAB 2006-4 M7 Credit Ratings History.

49. Attached hereto as Exhibit 48 is a true and correct copy of the CSAB 2007-1 1M1 Credit Ratings History.

50. Attached hereto as Exhibit 49 is a true and correct copy of the CSAB 2007-1 1M2 Credit Ratings History.

51. Attached hereto as Exhibit 50 is a true and correct copy of the ARMT 2007-1 5A32 Credit Ratings History.

52. Attached hereto as Exhibit 51 is a true and correct copy of the CSMC 2007-1 1M4 Credit Ratings History.

53. Attached hereto as Exhibit 52 is a true and correct copy of the CSMC 2007-1 1M5 Credit Ratings History.

54. Attached hereto as Exhibit 53 is a true and correct copy of the CSMC 2007-3 1M1 Credit Ratings History.

55. Attached hereto as Exhibit 54 is a true and correct copy of the CSMC 2007-3 1M4 Credit Ratings History.

56. Attached hereto as Exhibit 55 is a true and correct copy of the CSMC 2007-3 1M5 Credit Ratings History.

57. Attached hereto as Exhibit 56 is a true and correct copy of the TBW 2006-4 A3 Credit Ratings History.

58. Attached hereto as Exhibit 57 is a true and correct copy of the TBW 2006-4 M3 Credit Ratings History.

59. Attached hereto as Exhibit 58 is a true and correct copy of the TBW 2007-2 A3A Credit Ratings History.

60. Attached hereto as Exhibit 59 is a true and correct copy of the TBW 2007-2 M1 Credit Ratings History.

61. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of February, 2017, in Chicago, Illinois.

                                                                  */s/ Joshua P. Ackerman*

                                                                  Joshua P. Ackerman

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on this 28th day of February, 2017.

                                                    */s/ Steven J. Nachtwey*