**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DLJ MORTGAGE CAPITAL, INC. et al.,<br><br>Defendants. | Civil Action No. 11-cv-30047-MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP. et al.,<br><br>Defendants. | Civil Action No. 11-cv-30048-MGM |

**DECLARATION OF JONATHAN SABLONE STATING GOOD CAUSE FOR THE CONTINUED IMPOUNDMENT OF CERTAIN DOCUMENTS**

I, JONATHAN SABLONE, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member in good standing of the bar of the Commonwealth of Massachusetts, and I am admitted to practice before the United States District Court for the District of Massachusetts. I am a partner at Nixon Peabody LLP, which represents Defendant Credit Suisse Securities (USA) LLC ("Credit Suisse") in this action.

2. I respectfully submit this Declaration of Jonathan Sablone Stating Good Cause for the Continued Impoundment of Certain Documents pursuant to Paragraph 1 of Credit Suisse's Assented-to Motion for Impoundment Under Local Rule 7.2 (ECF Nos. 385 and 420) and Paragraph 1 of MassMutual's Assented-to Motion for Impoundment Under Local Rule 7.2 (ECF Nos. 366 and 401).

**A. Documents Subject to Credit Suisse's Impoundment Motion (ECF Nos. 385 and 420).**

3. Credit Suisse states that good cause exists to redact or seal the following documents:

- Seal Exhibit 9 to the Omnibus Declaration of Jonathan Sablone in Support of Credit Suisse's Motion to Exclude Expert Testimony (ECF Nos. 380 and 415) ("Omnibus Declaration") (Exhibit 397 to the Expert Report of Peter Kempf). This document contains NPBI, specifically the combination of a borrower's financial and credit information, position of work and loan number. *See* Stipulation and Order for the Production and Exchange of Confidential Information (ECF Nos. 102 and 126, ¶ 1(c)). Credit Suisse requests that this document remain under seal.

- Redact portions of Exhibit 10 to the Omnibus Declaration (Expert Report of Frank J. Lucco, SRA, CRP). This document contains NPBI, specifically combinations of borrowers' addresses and loan numbers. *See* Stipulation and Order for the Production and Exchange of Confidential Information (ECF Nos. 102 and 126, ¶ 1(c)). Credit Suisse is refiling this document with NPBI redacted.

4. As set forth in the Declaration of Steven J. Nachtwey in Support of MassMutual's Motions to Seal Documents (ECF Nos. 419 and 454), MassMutual has asserted good cause for continued impoundment of Exhibits 6, 7, 12, 14, 22 and 32 to the Omnibus Declaration. Credit Suisse is refiling Exhibits 6, 7, 12, 14 and 22 to the Omnibus Declaration with MassMutual's proposed redactions. MassMutual requests that Exhibit 32 to the Omnibus Declaration remain under seal. Credit Suisse does not object

to MassMutual's proposed redactions of Exhibits 6, 7, 12, 14 and 22 to the Omnibus Declaration or the sealing of Exhibit 32 to the Omnibus Declaration.

5. Pursuant to the Declaration of Steven J. Nachtwey in Support of MassMutual's Motions to Seal Documents (ECF Nos. 419 and 454), MassMutual has consented to the public filing of the following documents. Credit Suisse is refiling these documents publicly:

- Omnibus Declaration Exhibits 5, 11, 13, 15, 20, 23-25.

- Declaration of Jonathan Sablone in Support of Credit Suisse's Motion for Partial Summary Judgment on the Proper Calculation of Prejudgment Interest (ECF Nos. 383 and 418) ("Sablone Declaration") Exhibits 12-32.

6. MassMutual also does not object to the public filing of the following documents. Credit Suisse is refiling these documents publicly:

- Credit Suisse's Memorandum of Law in Support of Its Motion to Exclude the Expert Testimony of Brian G. Cartwright.

- Credit Suisse's Memorandum of Law in Support of Its Motion to Exclude the Expert Testimony of Dr. Charles Cowan Regarding the CSAB 2007-1 Certificate.

- Credit Suisse's Memorandum of Law in Support of Its Motion to Exclude the Expert Testimony of Dr. John A. Kilpatrick.

- Credit Suisse's Memorandum of Law in Support of Its Motion to Exclude Certain Opinions of George S. Oldfield, Ph.D.

- Credit Suisse's Memorandum of Law in Support of Its Motion to Exclude the Expert Testimony of Richard W. Payne III.

- Credit Suisse's Memorandum of Law in Support of Its Motion for Partial Summary Judgment on the Proper Calculation of Prejudgment Interest.

- Credit Suisse's Local Rule 56.1 Statement of Undisputed Material Facts in Support of Its Motion for Partial Summary Judgment on the Proper Calculation of Prejudgment Interest.

- Omnibus Declaration Exhibits 8 and 19.  On March 2, 2017, Credit Suisse provided notice to Clayton Holdings LLC ("Clayton") regarding the public filing of Exhibit 19 to the Omnibus Declaration.  Clayton has not objected to the public filing.

- Sablone Declaration Exhibit 33.

**B. Documents Subject to MassMutual's Impoundment Motion (ECF Nos. 366 and 401).**

7. Credit Suisse states that good cause exists to redact or seal the following documents:

- Redact portions of Exhibit 40 to the Declaration of Katherine M. Swift in Support of MassMutual's Motion for Partial Summary Judgment on that Credit Suisse Made Untrue Statements and Misleading Omissions (ECF Nos. 369 and 404) ("Swift Declaration") (January 25, 2007 email from Jason Nordyk to Richard Peterson).  This document contains NPBI, specifically combinations of borrowers' names, addresses and loan numbers.  *See* Stipulation and Order for the Production and Exchange of Confidential Information (ECF Nos. 102 and 126, ¶ 1(c)).  A public version of this document with NPBI redacted was filed on February 28, 2017 (ECF Nos. 369-22 and 404-22).

- Seal Exhibit 42 to the Swift Declaration (Excel spreadsheet with file name "CSAB 07-1 Prelim Loan Tape Group 1.xls").  This document contains NPBI, specifically combinations of borrowers' addresses, credit scores and loan numbers.  *See* Stipulation and Order for the Production and Exchange of Confidential Information (ECF Nos. 102 and 126, ¶ 1(c)).  Credit Suisse requests that this document remain under seal.

- Seal Exhibit 43 to the Swift Declaration (Excel spreadsheet with file name "CSMC 07-3 Final Grp 1 Loan Level.xls").  This document contains NPBI, specifically combinations of borrowers' addresses and loan numbers.  *See* Stipulation and Order for the Production and Exchange of Confidential Information (ECF Nos. 102 and 126, ¶ 1(c)).  Credit Suisse requests that this document remain under seal.

- Seal Exhibit 44 to the Swift Declaration (Excel spreadsheet with file name "CSAB 2006-1 Final LL.xls").  This document contains NPBI, specifically combinations of borrowers' addresses and loan numbers.  *See* Stipulation and Order for the Production and

                Exchange of Confidential Information (ECF Nos. 102 and 126, ¶ 1(c)).  Credit Suisse requests that this document remain under seal.

8.      Credit Suisse does not request the sealing of any of the other documents referenced in MassMutual's Assented-to Motions for Impoundment Under Local Rule 7.2 (ECF Nos. 353 and 388, 358 and 393, 363 and 398, 366 and 401).

9.      I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 17th day of March, 2017, at Boston, Massachusetts.

Dated: March 17, 2017

Respectfully Submitted,

By */s/ Jonathan Sablone*

Jonathan Sablone (BBO #632998)
Matthew T. McLaughlin (BBO #660878)
   NIXON PEABODY LLP
   100 Summer Street
   Boston, Massachusetts 02110
   Telephone: (617) 345-1000
   Fax: (617) 345-1300
   jsablone@nixonpeabody.com
   mmclaughlin@nixonpeabody.com

Of Counsel:

Richard W. Clary (admitted pro hac vice)
Michael T. Reynolds (admitted pro hac vice)
Lauren A. Moskowitz (admitted pro hac vice)
   CRAVATH, SWAINE & MOORE LLP
   825 Eighth Avenue
   New York, New York 10019
   Telephone: (212) 474-1000
   Fax: (212) 474-3700
   rclary@cravath.com
   mreynolds@cravath.com
   lmoskowitz@cravath.com

*Counsel for Defendant Credit Suisse Securities (USA) LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 17, 2017.

Date: March 17, 2017

                    By */s/ Jonathan Sablone*
                    Jonathan Sablone