**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>   v.<br><br>DLJ MORTGAGE CAPITAL, INC., et al.,<br><br>       Defendants. | Civil Action No. 11-cv-30047-MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>   v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al.,<br><br>       Defendants. | Civil Action No. 11-cv-30048-MGM |

**DECLARATION OF ANDRE M. PAUKA IN SUPPORT OF MASSMUTUAL'S OPPOSITION TO CREDIT SUISSE'S MOTION TO EXCLUDE THE EXPERT <u>TESTIMONY OF DR. JOHN A. KILPATRICK</u>**

I, Andre M. Pauka, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1. I am a Partner at the law firm of Bartlit Beck Herman Palenchar & Scott LLP, attorneys for Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual"). I am admitted *pro hac vice* in the above-captioned actions. I respectfully submit this declaration in support of MassMutual's Opposition to Credit Suisse's Motion to Exclude the Expert Testimony of Dr. John A. Kilpatrick. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the June 17, 2016 Expert Report of Albert J. Lee, Ph.D.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the July 21, 2014 Expert Report of John A. Kilpatrick, Ph.D. Concerning Accuracy of Appraisals in *Massachusetts Mutual Life Insurance Company v. DB Structured Products, Inc.*

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the December 1 and 2, 2016 deposition of John Kilpatrick, Ph.D.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the November 22, 2016 deposition of Frank Lucco.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts of the Prospectus Supplement for Adjustable Rate Mortgage-Backed Pass Through Certificates, Series 2006-1, with beginning bates number CSMM000523303.

7. Attached hereto as Exhibit F is a true and correct copy of Fannie Mae Form 1004, Uniform Residential Appraisal Report.

8. Attached hereto as Exhibit G is a true and correct copy of Dr. Kilpatrick's Report of his supplemental review of sample loan CSAB_2006_1_700236430.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts from the October 5, 2016 Rebuttal Expert Report of Lee Kennedy.

2

10. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of March, 2017, in Denver, Colorado.

*/s/ Andre M. Pauka*
Andre M. Pauka

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on this 28th day of March, 2017.

                                                                            */s/ Andre M. Pauka*