**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>    Plaintiff,<br>  v.<br>DLJ MORTGAGE CAPITAL, INC., et al.,<br>    Defendants. | Civil Action No. 11-cv-30047-MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>    Plaintiff,<br>  v.<br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al.,<br>    Defendants. | Civil Action No. 11-cv-30048-MGM |

**DECLARATION OF CINDY L. SOBEL IN SUPPORT OF MASSMUTUAL'S OPPOSITION TO CREDIT SUISSE'S MOTION TO <u>EXCLUDE CERTAIN OPINIONS OF GEORGE S. OLDFIELD, PH.D.</u>**

I, Cindy L. Sobel, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1. I am a Partner at the law firm of Bartlit Beck Herman Palenchar & Scott LLP, attorneys for Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual"). I am admitted *pro hac vice* in the above-captioned actions. I respectfully submit this declaration in support of MassMutual's Opposition to Credit Suisse's Motion to Exclude Certain opinions of George S. Oldfield, Ph.D. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the December 9, 2016 deposition of Charles Grice.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the June 17, 2016 Expert Report of Charles Grice.

4. Attached hereto as Exhibit 3 is a true and correct copy of Appendix A to the October 5, 2016 Expert Report of George Oldfield, Ph.D.

5. Attached hereto as Exhibit 4 is a true and correct copy of George Oldfield's October 5, 2016 Workpaper to Grade 3 Analysis.

6. Attached hereto as Exhibit 5 is a true and correct copy of the January 18, 2017 Settlement Agreement between the United States Department of Justice and Credit Suisse ("Agreement"), available at https://www.justice.gov/opa/press-release/file/928521/download.

7. Attached hereto as Exhibit 6 is a true and correct copy of Annex 1 to the Agreement, available at https://www.justice.gov/opa/press-release/file/928496/download.

8. Attached hereto as Exhibit 7 is a true and correct copy of Annex 3 to the Agreement, available at https://www.justice.gov/opa/press-release/file/928491/download.

9. Attached hereto as Exhibit 8 is a true and correct copy of Exhibit 7A to the June 17, 2016 Expert Report of Charles Grice.

10. Attached hereto as Exhibit 9 is a true and correct copy of Exhibit 4 to the June 17, 2016 Expert Report of Charles Grice.

2

11. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of March, 2017, in Chicago, Illinois.

*/s/ Cindy L. Sobel*
Cindy L. Sobel

3

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on this 28th day of March, 2017.

/s/ *Cindy L. Sobel*