**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>DLJ MORTGAGE CAPITAL, INC., et al.,<br><br>        Defendants. | Civil Action No. 11-cv-30047-MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al.,<br><br>        Defendants. | Civil Action No. 11-cv-30048-MGM |

**DECLARATION OF LESTER C. HOUTZ IN SUPPORT OF MASSMUTUAL'S OPPOSITION TO CREDIT SUISSE'S MOTION TO EXCLUDE TESTIMONY OF <u>RICHARD W. PAYNE III</u>**

I, Lester C. Houtz, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1. I am a Partner at the law firm of Bartlit Beck Herman Palenchar & Scott LLP, attorneys for Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual"). I am admitted *pro hac vice* in the above-captioned actions. I respectfully submit this declaration in support of MassMutual's Opposition to Credit Suisse's Motion to Exclude Testimony of Richard W. Payne III. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Prospectus Supplement for Adjustable Rate Mortgage-Backed Pass Through Certificates, Series 2006-1, with beginning bates number CSMM000523303.

3. Attached hereto as Exhibit 2 is a true and correct copy of a document entitled Internal Policy Memo, with beginning bates number CSMM000995613.

4. Attached hereto as Exhibit 3 is a true and correct copy of a document entitled Expanded Financing Alternatives Underwriting Standards, with beginning bates number JPMS_MM094_000452868.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of Standard & Poor's U.S. Residential Subprime Mortgage Criteria.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the October 5, 2016 Expert Report of Peter Kempf.

7. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of March, 2017, in Denver, Colorado.

/s/ Lester C. Houtz
Lester C. Houtz

2

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on this 28th day of March, 2017.

                                                 /s/ Lester C. Houtz