UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DLJ MORTGAGE CAPITAL, INC. et al.,<br><br>Defendants. | Civil Action No. 11-cv-30047-MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP. et al.,<br><br>Defendants. | Civil Action No. 11-cv-30048-MGM |

**OMNIBUS DECLARATION OF JONATHAN SABLONE IN FURTHER SUPPORT OF CREDIT SUISSE'S MOTIONS TO EXCLUDE EXPERT TESTIMONY**

I, JONATHAN SABLONE, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member in good standing of the bar of the Commonwealth of Massachusetts, and I am admitted to practice before the United States District Court for the District of Massachusetts. I am a partner at Nixon Peabody LLP, which represents Defendant Credit Suisse Securities (USA) LLC in these actions. I respectfully submit

this Declaration in further support of Credit Suisse's Motion to Exclude the Expert Testimony of Brian G. Cartwright, Credit Suisse's Motion to Exclude the Expert Testimony of Dr. Charles Cowan, Credit Suisse's Motion to Exclude the Expert Testimony of Dr. John A. Kilpatrick, Credit Suisse's Motion to Exclude Certain Opinions of George S. Oldfield Ph.D. and Credit Suisse's Motion to Exclude the Expert Testimony of Richard W. Payne III, and to put certain documents before this court.

**A. Deposition Transcripts**

2.  Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the deposition of Arnold Barnett, from *Massachusetts Mutual Life Ins. Co. v. Credit Suisse First Boston Mortg. Sec. Corp.*, Nos. 3:11-cv-30047, 3:11-cv-30048 (D. Mass.), taken on December 9, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 11, 2017.

*/s/ Jonathan Sablone*_____
Jonathan Sablone

## **CERTIFICATE OF SERVICE**

        I hereby certify that this document will be sent electronically through the ECF system to the registered participants and paper copies will be sent to those indicated as non-registered participants on this date.

        By */s/ Jonathan Sablone*
        Jonathan Sablone