**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>    Plaintiff,<br>v.<br>DLJ MORTGAGE CAPITAL, INC., et al.,<br>    Defendants. | Civil Action No. 11-cv-30047-MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>    Plaintiff,<br>v.<br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al.,<br>    Defendants. | Civil Action No. 11-cv-30048-MGM |

**DECLARATION OF STEVEN J. NACHTWEY IN SUPPORT OF MASSMUTUAL'S REPLY MEMORANDUM OF LAW IN SUPPORT OF PARTIAL SUMMARY JUDGMENT ON CREDIT SUISSE'S
<u>STATUTE OF LIMITATIONS AND STATUTE OF REPOSE DEFENSES</u>**

I, Steven J. Nachtwey, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1. I am a Partner at the law firm of Bartlit Beck Herman Palenchar & Scott LLP, attorneys for Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual"). I am admitted *pro hac vice* in the above-captioned actions. I respectfully submit this declaration in support of MassMutual's Reply Memorandum of Law in Support of Partial Summary Judgment on Credit Suisse's Statute of Limitations and Statute of Repose Defenses. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the February 27, 2006 ARMT 2006-1 Prospectus Supplement. This document was produced in these actions with beginning Bates number CSMM000523303.

3. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 11th day of April, 2017, in Chicago, Illinois.

*/s/ Steven J. Nachtwey*
Steven J. Nachtwey

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on this 11th day of April, 2017.

/s/ *Steven J. Nachtwey*