## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> DLJ MORTGAGE CAPITAL, INC., et al., <br><br> Defendants. | Civil Action No. 11-cv-30047-MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al., <br><br> Defendants. | Civil Action No. 11-cv-30048-MGM |

## DECLARATION OF STEVEN J. NACHTWEY  IN SUPPORT OF MASSMUTUAL'S  MOTIONS TO SEAL DOCUMENTS

I, Steven J. Nachtwey, make this declaration pursuant to 28 U.S.C. § 1746.  I hereby state as follows:

1.	I am a Partner at the law firm of Bartlit Beck Herman Palenchar & Scott LLP, attorneys for Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual").  I am admitted *pro hac vice* in the above-captioned actions. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.	On behalf of MassMutual, I respectfully submit this declaration in support of MassMutual's Motions to Seal Documents (047 D.E. 441; 048 D.E. 476) filed in connection with its Opposition to Credit Suisse's Motion to Exclude the Expert Testimony of John A. Kilpatrick (047 D.E. 440; 048 D.E. 475).  *See* Stipulation and Order for the Production and Exchange of Confidential Information, 047 D.E. 102, ¶ 12; 048 D.E. 126, ¶ 12.

3.      MassMutual states that good cause exists to seal Exhibit G to the Declaration of Andre M. Pauka in Support of MassMutual's Opposition to Credit Suisse's Motion to Exclude the Expert Testimony of Dr. John A. Kilpatrick.  Exhibit G is an appraisal report for a specific property. It contains confidential non-party borrower information, including the property address, photographs of the property, and details about its valuation. *See* Stipulation and Order for the Production and Exchange of Confidential Information, 047 D.E. 102, ¶ 1(c); 048 D.E. 126, ¶ 1(c).

4.      I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 11th day of April, 2017, at Chicago, Illinois.

April 11, 2017

Respectfully submitted,

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

By: /s/ *Steven J. Nachtwey*

John J. Egan (BBO 151680)
Egan Flanagan and Cohen, P.C.
67 Market Street, P.O. Box 9035
Springfield, Massachusetts 01102
Telephone: (413) 737-0260
Facsimile: (413) 737-0121

Joseph C. Smith, Jr. (admitted pro hac vice)
Lester C. Houtz (admitted pro hac vice)
Karma M. Giulianelli (admitted pro hac vice)
Bartlit Beck Herman Palenchar & Scott LLP
1899 Wynkoop Street, 8th Floor
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

Philip S. Beck (admitted pro hac vice)
Jeffrey A. Hall (admitted pro hac vice)
James B. Heaton III (admitted pro hac vice)
Steven J. Nachtwey (admitted pro hac vice)
Cindy L. Sobel (admitted pro hac vice)
Katherine M. Swift (admitted pro hac vice)
Joshua P. Ackerman (admitted pro hac vice)
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, 3rd Floor
Chicago, Illinois 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
steven.nachtwey@bartlit-beck.com

Counsel for Plaintiff Massachusetts Mutual Life
Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on this 11th day of April, 2017.

By: *_/s Steven J. Nachtwey_____*