**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DLJ MORTGAGE CAPITAL, INC. et al.,<br><br>Defendants. | Civil Action No. 11-cv-30047-MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP. et al.,<br><br>Defendants. | Civil Action No. 11-cv-30048-MGM |

**DECLARATION OF JONATHAN SABLONE STATING GOOD CAUSE FOR THE CONTINUED IMPOUNDMENT OF CERTAIN DOCUMENTS**

I, JONATHAN SABLONE, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member in good standing of the bar of the Commonwealth of Massachusetts, and I am admitted to practice before the United States District Court for the District of Massachusetts. I am a partner at Nixon Peabody LLP, which represents Defendant Credit Suisse Securities (USA) LLC ("Credit Suisse") in these actions.

2. I respectfully submit this Declaration of Jonathan Sablone Stating Good Cause for the Continued Impoundment of Certain Documents pursuant to Paragraph 1 of Credit Suisse's Assented-to Motion for Impoundment Under Local Rule 7.2 (ECF Nos. 462 and 497) ("Credit Suisse's Assented-to Motion for Impoundment").

3. Credit Suisse has stated that good cause exists to redact portions of Exhibit 2 to the Omnibus Declaration of Jonathan Sablone in Support of Credit Suisse's Oppositions to MassMutual's Motions for Partial Summary Judgment (ECF Nos. 461 and 496) ("Omnibus Declaration") (Expert Report of Peter Kempf).  *See* Credit Suisse's Assented-to Motion for Impoundment ¶ 2.  Exhibit 2 to the Omnibus Declaration contains protected non-party borrower information ("NPBI"), including, specifically, combinations of non-party positions and places of employment.  *See* Stipulation and Order for the Production and Exchange of Confidential Information (ECF Nos. 102 and 126) ¶ 1(c).  A public version of Exhibit 2 to the Omnibus Declaration with NPBI redacted was filed on March 28, 2017 (ECF Nos. 461-2 and 496-2).

4. Massachusetts Mutual Life Insurance Company ("MassMutual") has consented to the public filing of the following documents that were previously filed under seal based on MassMutual's confidentiality designations.  Credit Suisse is refiling these documents publicly:

- Exhibits 2 and 3 to the Declaration of Jonathan Sablone in Support of Credit Suisse's Opposition to MassMutual's Motion to Exclude the Testimony of Ethan Cohen-Cole, Ph.D. (ECF Nos. 452 and 487); and

- Exhibits 3, 6-15, 17-18, 21-23, 25, 27, 34-38, 41, 47, 49-51, 53, 55-57, 59, 71, 74, 80 and 103-104 to the Omnibus Declaration.

5. Deutsche Bank Securities Inc. ("Deutsche Bank") and RBS Securities Inc. ("RBS") have consented to the public filing of the following documents that were previously filed under seal based on Deutsche Bank's and RBS's confidentiality designations. Credit Suisse is refiling these documents publicly:

- Exhibits 46 and 52 to the Omnibus Declaration.

6. MassMutual, Deutsche Bank and RBS do not object to the public filing of the following documents that were previously filed in redacted form based on the confidentiality designations identified in Credit Suisse's Assented-to Motion for Impoundment. Credit Suisse is refiling these documents publicly:

- Credit Suisse's Memorandum of Law in Opposition to MassMutual's Motion for Partial Summary Judgment on Credit Suisse's Statute of Limitations and Statute of Repose Defenses (ECF Nos. 455 and 492);

- Credit Suisse's Counterstatement and Statement of Additional Facts in Response to MassMutual's Statement of Undisputed Material Facts in Support of Its Motion for Partial Summary Judgment on Credit Suisse's Statute of Limitations and Statute of Repose Defenses (ECF Nos. 456 and 493);

- Credit Suisse's Memorandum of Law in Opposition to MassMutual's Motion for Partial Summary Judgment that Credit Suisse Made Untrue Statements and Misleading Omissions (ECF Nos. 459 and 494);

- Credit Suisse's Counterstatement and Statement of Additional Facts in Response to MassMutual's Statement of Undisputed Material Facts in Support of Its Motion for Partial Summary Judgment that Credit Suisse Made Untrue Statements and Misleading Omissions (ECF Nos. 460 and 495);

- Credit Suisse's Memorandum of Law in Opposition to MassMutual's Motion for Partial Summary Judgment that It Lacked Actual Knowledge of Credit Suisse's Material Misstatements and Omissions (ECF Nos. 457 and 490);

- Credit Suisse's Counterstatement and Statement of Additional Facts in Response to MassMutual's Statement of Undisputed Material Facts in Support of Its Motion for Partial Summary Judgment that It Lacked Actual Knowledge of Credit Suisse's Material Misstatements and Omissions (ECF Nos. 458 and 491); and

- Credit Suisse's Memorandum of Law in Opposition to MassMutual's Motion to Exclude the Testimony of Ethan Cohen-Cole, Ph.D (ECF Nos. 451 and 486).

7. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 11th day of April, 2017, at Boston, Massachusetts.

Dated: April 11, 2017

Respectfully Submitted,

By */s/ Jonathan Sablone*

Jonathan Sablone (BBO #632998)
Matthew T. McLaughlin (BBO #660878)
    NIXON PEABODY LLP
    100 Summer Street
    Boston, Massachusetts 02110
    Telephone: (617) 345-1000
    Fax: (617) 345-1300
    jsablone@nixonpeabody.com
    mmclaughlin@nixonpeabody.com

Of Counsel:

Richard W. Clary (admitted pro hac vice)
Michael T. Reynolds (admitted pro hac vice)
Lauren A. Moskowitz (admitted pro hac vice)
    CRAVATH, SWAINE & MOORE LLP
    825 Eighth Avenue
    New York, New York 10019
    Telephone: (212) 474-1000
    Fax: (212) 474-3700
    rclary@cravath.com
    mreynolds@cravath.com
    lmoskowitz@cravath.com

*Counsel for Defendant Credit Suisse Securities (USA) LLC*

## **CERTIFICATE OF SERVICE**

        I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 11, 2017.

Date: April 11, 2017

        By */s/ Jonathan Sablone*
        Jonathan Sablone