**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br>   v.<br><br>DLJ MORTGAGE CAPITAL, INC. et al.,<br><br>            Defendants. | Civil Action No. 11-cv-30047-MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br>   v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP. et al.,<br><br>            Defendants. | Civil Action No. 11-cv-30048-MGM |

**OMNIBUS DECLARATION OF JONATHAN SABLONE IN SUPPORT OF CREDIT SUISSE'S MOTIONS *IN LIMINE***

I, JONATHAN SABLONE, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.  I am a member in good standing of the bar of the Commonwealth of Massachusetts, and I am admitted to practice before the United States District Court for the District of Massachusetts. I am a partner at Nixon Peabody LLP, which represents Defendant Credit Suisse Securities (USA) LLC in these actions. I respectfully submit this Declaration in support of Credit Suisse's Motions *in Limine*, and to put certain documents before this court.

2.  Attached hereto as Exhibit A is a true and correct copy of *The Financial Crisis Inquiry Report*, a report by the Financial Crisis Inquiry Commission, dated February 25, 2011.

3.	Attached hereto as Exhibit B is a true and correct copy of *Wall Street and the Financial Crisis: Anatomy of a Financial Collapse*, a report by the Permanent Subcommittee on Investigations of the United States Senate, dated April 13, 2011.

4.	Attached hereto as Exhibit C is a true and correct copy of the SEC Order Instituting Cease-and-Desist Proceedings Pursuant to Section 8A of the Securities Act of 1933 and Section 21C of the Securities Exchange Act of 1934, Making Findings, and Imposing a Cease-and-Desist Order, *In the Matter of Credit Suisse Sec. (USA) LLC et al.*, File No. 3-15098, dated November 16, 2012, bearing Bates numbers CS-MM-TR000024880-4894.

5.	Attached hereto as Exhibit D is a true and correct copy of the SEC Order Establishing Fair Fund and Approving Plan of Distribution Bulk Settlement Practice, *In the Matter of Credit Suisse Sec. (USA) LLC et al.*, File No. 3-15098, dated September 10, 2015.

6.	Attached hereto as Exhibit E is a true and correct copy of Exhibit 6 to the Expert Report of Richard W. Payne III, served in *Massachusetts Mutual Life Ins. Co. v. Credit Suisse First Boston Mortg. Sec. Corp.*, Nos. 3:11-cv-30047, 3:11-cv-30048 (D. Mass.), dated June 17, 2016.

7.	Attached hereto as Exhibit F is a true and correct copy of the Rebuttal Expert Report of Charles Grice, served in *Massachusetts Mutual Life Ins. Co. v. Credit Suisse First Boston Mortg. Sec. Corp.*, Nos. 3:11-cv-30047, 3:11-cv-30048 (D. Mass.), dated November 2, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 23, 2017

>	*/s/ Jonathan Sablone*
>	Jonathan Sablone

**CERTIFICATE OF SERVICE**

       I hereby certify that this document will be sent electronically through the ECF system to the registered participants and paper copies will be sent to those indicated as non-registered participants on this date.

       By */s/ Jonathan Sablone*
       Jonathan Sablone