**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>　　　　　　Plaintiff,<br>　　v.<br>DLJ MORTGAGE CAPITAL, INC., et al.,<br>　　　　　Defendants. | Civil Action No. 11-cv-30047-MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>　　　　　　Plaintiff,<br>　　v.<br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al.,<br>　　　　　Defendants. | Civil Action No. 11-cv-30048-MGM |

**DEPOSITION DESIGNATIONS OF PETER SACK**
**(SEC INVESTIGATION)**

Pursuant to the Court's May 10, 2017 procedural order regarding trial, MassMutual respectfully submits the following from Peter Sack's deposition in the SEC Investigation:

- MassMutual's affirmative deposition designations and associated exhibits (designated testimony is dark blue),

- Credit Suisse's counter designations (designated testimony is orange),

- MassMutual's counter-counter designations (designated testimony is light blue), and

- Credit Suisse's objections to MassMutual's designations and exhibits (objections appear to the right of the designated testimony).

August 7, 2017

Respectfully submitted,

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

*/s/ Katherine M. Swift*

John J. Egan (BBO 151680)
EGAN FLANAGAN AND COHEN, P.C.
67 Market Street, P.O. Box 9035
Springfield, Massachusetts 01102
Telephone: (413) 737-0260
Facsimile: (413) 737-0121

Joseph C. Smith, Jr. (admitted *pro hac vice*)
Lester C.  Houtz (admitted *pro hac vice*)
Karma M. Giulianelli (admitted *pro hac vice*)
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

Philip S. Beck (admitted *pro hac vice*)
Jeffrey A. Hall (admitted *pro hac vice*)
James B. Heaton, III (admitted *pro hac vice*)
Steven J. Nachtwey (admitted *pro hac vice*)
Cindy L. Sobel (admitted *pro hac vice*)
Katherine M. Swift (admitted *pro hac vice*)
Joshua P. Ackerman (admitted *pro hac vice*)
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, 3rd Floor
Chicago, Illinois 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
kate.swift@bartlit-beck.com

*Counsel for Plaintiff Massachusetts Mutual Life
Insurance Company*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that between August 5 and 7, 2017, the undersigned conferred with counsel for defendant Credit Suisse Securities (USA) LLC and attempted in good faith to resolve or narrow the issues raised in the foregoing designations.

*/s/ Katherine M. Swift*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent

electronically to the registered participants as identified in the Notice of Electronic Filing (NEF),

and paper copies will be sent to those indicated as non-registered participants on this 7th day of

August, 2017.

*/s/ Katherine M. Swift*

**Sack, P (SEC) 10-11-11**
**Deposition Designations for Sack_P_20111011**

| | | | Objections<br>In | Exhibits |
|---|---|---|---|---|

**38:10  -  38:25   Sack 10/11/2011 (SEC) (No Vid)**                                                      **0:40**

| 38 | 10 | Q. So starting with I guess January 2005, which |
|---|---|---|
| 38 | 11 | I think coincides with when you became a director in the |
| 38 | 12 | transaction management group, what were your duties and |
| 38 | 13 | responsibilities? |
| 38 | 14 | A. In January of 2005, I was assigned along with |
| 38 | 15 | my colleague Bruce Kaiserman, to be the co-head of the |
| 38 | 16 | transaction management group. |
| 38 | 17 | Q. What did the transaction management group do |
| 38 | 18 | starting in 2005, and if you could roll forward, if that |
| 38 | 19 | changed at any time, please let me know. |
| 38 | 20 | A. The responsibilities of the staff and that |
| 38 | 21 | group were to coordinate the closing of mortgage-related |
| 38 | 22 | transactions. |
| 38 | 23 | Q. What type of mortgage-related transactions? |
| 38 | 24 | A. Mortgage loan purchases, sales and |
| 38 | 25 | securitizations, typically. |

**Def Obj Relevance: Credit Suisse objects to the designations from this transcript in their entirety. The testimony relates to an SEC proceeding that was the subject of one of Credit Suisse's motions in limine, which the Court denied based on MassMutual's representation that it would not rely on those materials**

**56:7   -   57:9   Sack_P_2011011**                                                                      **1:10**

| 56 | 7 | Q. During the, I guess I will focus on the 2006, |
|---|---|---|
| 56 | 8 | 2007 time frame, did you have an understanding of who the |
| 56 | 9 | head of that group was? |
| 56 | 10 | A. My understanding was that the put back group |
| 56 | 11 | was housed within the mortgage conduit and reported to |
| 56 | 12 | Vincent Spoto, who reported to Michael Fallacara, but |
| 56 | 13 | that's just my understanding. |
| 56 | 14 | Q. In your role as a transaction manager, did |
| 56 | 15 | you have any interactions during the 2006, 2007 time frame |
| 56 | 16 | with the put back group? |
| 56 | 17 | A. I did. |
| 56 | 18 | Q. And what was the nature of those |
| 56 | 19 | interactions? |
| 56 | 20 | MR. SCHONFELD: If it's possible to summarize |
| 56 | 21 | them. I don't know. |
| 56 | 22 | A. Well, prior to the end of 2006, I believe I |
| 56 | 23 | had infrequent, little, possibly almost no interaction |
| 56 | 24 | with the put back group. |
| 56 | 25 | To the best of my recollection, very little |
| 57 | 1 | interaction would be a fair characterization up until |
| 57 | 2 | around the end of 2006. Sometime around the end of 2006, |
| 57 | 3 | I was asked by Andy Kimura and my manager head of the |
| 57 | 4 | department, I believe, certain of the senior traders, to |
| 57 | 5 | try to find out whether -- something about a particular |
| 57 | 6 | aspect of the put back group process. |
| 57 | 7 | And beginning with receiving those |
| 57 | 8 | instructions, I began to have somewhat more interaction |

| | | Objections In | Exhibits |
|---|---|---|---|

57   9          with the put back group some time thereafter.

120:21 -    121:22 Sack 10/11/2011 (SEC) (No Vid)                    1:07

Re: [120:21-120:21]
DepEx 33 / Exh not
produced

120  21          Q. Then in that final paragraph, I think related
120  22          to what you have testified about already, you say that you
120  23          have had many meetings over the years with Mike F.
120  24          I assume that's Mike Fallacara?
120  25          A. That's right.
121   1          Q. And others about the perception you would be
121   2          leaving money on the table if we did not pursue EPDs for
121   3          securitized loans.
121   4          In that sentence, the perception of whom?
121   5          who are you referring to there?
121   6          A. I was describing that from Mike Fallacara's
121   7          perspective, you were leaving money on the table in the
121   8          sense that if you are able to effect the repurchase or the
121   9          put back, if a lender is willing to buy the loan back,
121  10          then you're just giving away that opportunity because the
121  11          loan has been securitized.
121  12          So his perspective was why would you give
121  13          away that opportunity. If it's just because there was not
121  14          a provision in the contract that specifically contemplates
121  15          it, you should just put something in the contract. I
121  16          agree with you, maybe that last sentence is a bit
121  17          ambiguous, but when you read the sentence preceding it,
121  18          it's clear that I was expressing my concern -- my thought
121  19          about the fact that the contract should be sort of
121  20          self-contained, but on the other hand, I understand Mike's
121  21          perspective as well, you would be leaving money on the
121  22          table if you didn't pursue those loans.

128:17 -    129:7 Sack 10/11/2011 (SEC) (No Vid)                    0:40

128  17          Q. You have identified -- well, let me state for
128  18          the record, I think you have used the phrase EPD a couple
128  19          of times.
128  20          What does that mean?
128  21          A. I am referring to early payment default.
128  22          Q. In this context that we have been discussing,
128  23          what does an early payment default mean?
128  24          A. The early payment default means -- is a
128  25          provision in a mortgage -- in a purchase and sale
129   1          agreement that -- it's a covenant pursuant to which the
129   2          loan seller agrees to repurchase mortgage loans that
129   3          become delinquent by some specified amount of time, within
129   4          some specified period of time after the transaction. And
129   5          even that is a bit of a generalization, because the
129   6          precise wording of the EPD covenants could vary, but
129   7          generally that's the concept.

133:9   -    134:14 Sack 10/11/2011 (SEC) (No Vid)                    1:17

133   9          Q. In your testimony before our break, you have
133  10          been describing in response to my questions your
133  11          understanding as it related to put back activity up until

08/05/17 20:54

| | Objections In | Exhibits |
|---|---|---|

133 12    a certain point in December 2006, maybe early 2007, where
133 13    your understanding changed.
133 14    When was the first time you had your
133 15    understanding of the put back process change?
133 16    A. I believe some time from December 2006 to
133 17    January 2007, I began to develop a greater understanding
133 18    of certain aspects of the put back process.
133 19    Q. How did you gain a greater understanding of
133 20    the put back process?
133 21    A. Well, I --I guess, you know, essentially,
133 22    from having conversations with the put back group.
133 23    Q. Why were you having these conversations with
133 24    the put back group during this time frame?
133 25    A. Around that time, maybe in December of 2006
134  1    or, you know, somewhat before, I don't remember precisely
134  2    when, but sometime in or prior to December 2006, I was
134  3    asked, I believe by Andy Kimura, I believe, also by some
134  4    of the senior traders, possibly Mike Daniel, to try to
134  5    figure out the answer to a precise question, which was
134  6    they described to me that it's Andy and Mike, that there
134  7    were delinquent mortgage loans that were appearing in the
134  8    trading accounts that the traders didn't understand; that
134  9    is, they didn't know how they had gotten there.
134 10    So they asked me to try to figure out whether
134 11    this was related to some conduit process, was it related
134 12    to the put back group in particular or some other part of
134 13    the conduit process that caused these delinquent loans to
134 14    appear in the trade in the accounts.

145:2   -   145:25 Sack 10/11/2011 (SEC) (No Vid)                     1:00
145  2    Q. During the course of looking into the put
145  3    back process, again in this December 2006, January 2007
145  4    time frame, did you ever become aware of Credit Suisse
145  5    obtaining funds from originators related to loans and
145  6    securitizations without repurchasing the loans from the
145  7    securitizations?
145  8    A. I did.
145  9    Q. When did you first become aware of that?
145 10    A. Well, again, it's in the December 2006,
145 11    January 2007 time period. I don't -- it's impossible for
145 12    me to remember five years later the day of the week or the
145 13    date.
145 14    But I believe that it took place -- my
145 15    understanding of the process took place over a period of
145 16    time. I began to have that understanding and then not.
145 17    It took a while for it to become clear that that was
145 18    actually how -- how the process worked.
145 19    Q. How did you first learn about, I guess this
145 20    occurring?
145 21    A. From --I believe I was first fairly clear
145 22    that was how the process worked at some point in January
145 23    2007 as a result of some discussion with members of the
145 24    put back group, which I think included Joe Quarto and may

| | | | Objections | Exhibits |
|---|---|---|---|---|
| | | | In | |

145  25        have included others.

168:19 -    170:17 Sack 10/11/2011 (SEC) (No Vid)                    2:02

168  19        Q. Earlier in your testimony, we were discussing
168  20        again whether you became aware at a certain time of credit
168  21        Suisse collecting money from originators related to loans
168  22        that were not repurchased from securitizations.
168  23        Do you recall that?
168  24        A. Yes.
168  25        Q. And I think you said that you did become
169   1        aware of that some time in the December 2006, January 2007
169   2        time frame; is that right?
169   3        A. That's right, yeah.
169   4        Q. And so I would like to go back to that issue
169   5        and sort of roll that forward.
169   6        To the best of your recollection, I think the
169   7        way that you described it, there was a period of time over
169   8        which you gained that understanding. If you could go into
169   9        as much detail as possible how you gained that
169  10        understanding.
169  11        A. You know, well, again, I'm, I'm largely
169  12        testifying now based on my understanding that's a result
169  13        of having reviewed the e-mails recently. So I don't have
169  14        a specific recollection of particular conversations
169  15        between myself and the put back group during the days and
169  16        weeks between the December 7th e-mail that we just
169  17        discussed and some point into January.
169  18        But over some period of time, as a result of
169  19        a number of questions and answers with the put back group
169  20        and possibly with others, I gradually or I eventually
169  21        became aware that there were circumstances where, you
169  22        know, as I described in the December 7th e-mail that we
169  23        just looked at, there were circumstances where the put
169  24        back group collected some payment from a lender in
169  25        satisfaction of an early payment default claim as an
170   1        alternative to or rather than selling the loan back to the
170   2        1ender.
170   3        Q. Was there a certain name used at credit
170   4        Suisse for these kinds of transactions?
170   5        A. I think by the end of January, or by maybe
170   6        the middle of January, I had seen the terminology which
170   7        included the acronym CTO and some other terminology as
170   8        well.
170   9        But I'm not sure, you know, to what extent
170  10        even in January I had much of an understanding of what
170  11        exactly that process was. other than that, I think I was
170  12        fairly clear that certainly by the end of January, I think
170  13        by the end of January, I had developed an understanding,
170  14        you know, as I just described, that there were
170  15        circumstances where the put back group would accept a
170  16        payment of some amount in cash in lieu of selling the loan
170  17        back to the lender.