UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>    Plaintiff,<br>v.<br>DLJ MORTGAGE CAPITAL, INC., et al.,<br>    Defendants. | Civil Action No. 11-cv-30047-MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>    Plaintiff,<br>v.<br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al.,<br>    Defendants. | Civil Action No. 11-cv-30048-MGM |

## JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") and Defendant Credit Suisse Securities (USA) LLC ("Credit Suisse") (collectively, the "Parties") hereby jointly move the Court to enter an order dismissing the above-captioned actions (the "Actions") and all claims asserted in the Actions with prejudice. In support of this motion, the Parties state as follows:

    1.    The Parties constitute all the remaining parties to the Actions.

    2.    Pursuant to a confidential settlement agreement, the Parties have agreed that the Actions and all claims asserted in the Actions shall be dismissed with prejudice, with each Party bearing its own costs and attorneys' fees.

WHEREFORE, the Parties respectfully request that the Court dismiss the Actions and all claims asserted in the Actions with prejudice and without attorneys' fees or costs.

*Allowed 9/13/17 /s/ M. Mastroianni*
*The matter is hereby ordered dismissed*